ORIGINAL

# In The United States Court of Federal Claims

RECEIVED
FEB 3 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Schooner Harbor Ventures, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] William Lee Guice III

Firm Name: Rushing & Guice, PLLC

Post Office Box: P. O. Box 1925, Biloxi, MS 39533-1925

Street Address: 604 Porter Ave., Ocean Springs, MS 39564

06-87 L

City-State-Zip:

Telephone & Facsimile Numbers: Phone: 228-875-5263 Fax: 228-875-5987

E-mail address: bguice@rushing-guice.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O I

**See attached Sheet for three digit code.**

Amount Claimed: $ 312,500.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005