**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SCHOONER HARBOR VENTURES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 06-87 L** |
| **v.** | ) | |
| | ) | **Honorable Marian Blank Horn** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Kelle S. Acock as counsel for Defendant United States of America in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0428 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3131
601 D Street, NW
Washington, D.C. 20004

Dated: March 22, 2006

Respectfully submitted,

s/ Kelle S. Acock

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0428 (phone)
(202) 305-0506 (fax)