**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SCHOONER HARBOR VENTURES, INC.,** | ) | |
| | ) | **No. 06-87 L** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Honorable Marian Blank Horn** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO COMPLAINT**

Defendant UNITED STATES hereby moves pursuant to RCFC 6(b) for a enlargement of time of thirty (30) days from the current deadline, to and including Thursday, May 4, 2006, in which to respond to Plaintiff's Complaint. The Answer is currently due on Tuesday, April 4, 2006. This is Defendant's first request for an extension of time.

This enlargement of time is necessary because counsel for defendant requires additional time to coordinate the response with agency counsel and to fully consider the allegations raised in Plaintiff's Complaint in order to determine the appropriate form of its response.

Counsel for Plaintiff has authorized counsel for Defendant to represent that Plaintiff has no objection to the granting of this motion for an enlargement of time.

Accordingly, Defendant respectfully moves for an enlargement of time of thirty (30) days from the current deadline, to and including Thursday, May 4, 2006, in which to respond to Plaintiff's Complaint.

Dated: March 22, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Environment & Natural Resources Division
Assistant Attorney General

s/ Kelle S. Acock
____________________________
KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0428 (phone)
(202) 305-0506 (fax)