# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * *
**SCHOONER HARBOR VENTURES, INC.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: March 24, 2006**

## O R D E R

The court is in receipt of the defendant's unopposed motion for an enlargement of time of thirty days, to and including May 4, 2006, within which to file the defendant's response to the plaintiff's complaint. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to the plaintiff's complaint on or before **Thursday, May 4, 2006**.

To discuss a schedule for future proceedings in this case, the court **SCHEDULES** a status conference for **Tuesday, May 23, 2006, at 2:30 p.m. EDT**. All parties shall appear by telephone. Unless otherwise directed, the court will contact plaintiffs counsel at (228) 875-5263 and defendant's counsel at (202) 305-0428 for the conference. No motions for summary judgment shall be filed before the court confers with the parties at the May 23, 2006 telephone conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**