# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**SCHOONER HARBOR VENTURES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: May 23, 2006**

## O R D E R

As previously discussed with the parties, the court **SCHEDULES** a status conference in the above-captioned case for **Tuesday, June 6, 2006, at 2:00 p.m. EDT,** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20006. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263 and defendant's counsel at (202) 305-0428. The parties shall be prepared to discuss future proceedings in this case. Neither party shall file a motion for summary judgment, until the proposed motion is first discussed at a hearing such as the one scheduled above for June 6, 2006.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**