# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| **SCHOONER HARBOR VENTURES, INC.,** * | |
| **Plaintiffs,** * | **No. 06-87L** |
| **v.** * | **Filed: June 6, 2006** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on June 6, 2006. As discussed at the conference, discovery, including property appraisal, will close **Wednesday, November 8, 2006**. On or before **Thursday, November 9, 2006**, the parties shall file a joint status report reporting the closure of discovery, discussing settlement prospects, and motion practice or trial, with a proposed schedule. The court also **SCHEDULES** a status conference for **Tuesday, November 14, 2006, at 2:30 p.m.** Both parties shall appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at (228) 875-5263, and defendant's counsel at (202) 305-0428 for the conference. The parties shall consult, and be prepared to propose how this case should proceed, with a proposed schedule. No motions for summary judgment shall be filed before the court confers with the parties at the November 14, 2006 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**