UNITED STATES COURT OF FEDERAL CLAIMS

(E-field: October 13, 2006)

| | | |
|---|---|---|
| SCHOONER HARBOR VENTURES, INC., Plaintiff, | ) | No. 06-87 L |
| v. | ) | Honorable Marian Blank Horn |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE**

The parties, Plaintiff Schooner Harbor Ventures, Inc., and Defendant, United States of America, hereby submit this Joint Motion to Extend the Discovery Deadline to and including December 15, 2006.

The current discovery deadline is November 8, 2006, and a joint status report is due November 9, 2006. Since the Court's Scheduling Order filed on June 6, 2006, the parties have exchanged initial disclosures, engaged in written discovery and initiated expert property appraisals. The parties have also conferred regarding the possibility of reaching a potential settlement. An extension of the discovery deadline is needed in order to fully explore the possibility of settlement and complete fact and expert discovery. Additionally, counsel for defendant is scheduled to be in an out-of-town trial from October 19th through November 3rd.

Based on the foregoing, the parties respectfully request the following schedule:

| | |
|---|---|
| Disclosure of Expert Witnesses and Exchange of Expert Reports: | November 9, 2006 |
| Exchange of Rebuttal Reports: | December 6, 2006 |
| Close of Discovery: | December 15, 2006 |

Joint Status Report: December 18, 2006
(Reporting the closure of discovery, discussing settlement prospects, and motion practice or trial, with a proposed schedule)

This joint motion was jointly prepared by counsel for Plaintiff and counsel for Defendant. To expedite the filing of this joint motion, Plaintiff's counsel has authorized the undersigned counsel of record for Defendant to electronically sign on his behalf.

Respectfully submitted: October 13, 2006.

s/ William Guice by Kelle S. Acock
____________________________
WILLIAM LEE GUICE III
RUSHING & GUICE, P.L.L.C.
P. O. BOX 1925
BILOXI, MS 39533-1925
228-875-5263 VOICE
228-875-5987 FAX
bguice@rushing-guice.com
Attorney of Record for Plaintiff

s/ Kelle S. Acock
___________________________________
KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0267
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant