# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * *
**SCHOONER HARBOR VENTURES, INC.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: October 30, 2006**

**O R D E R**

The court is in receipt of the parties' October 13, 2006, joint motion to extend the discovery deadline in the above-captioned case. The court apologizes for the delay in addressing the parties' motion, however, due to technical difficulties with the CM/ECF system, the court did not receive e-mail notification of filings on October 13, 2006, the date this motion was filed. The joint motion was filed, and is **GRANTED**. Discovery, including property appraisal, will close on or before **Friday, December 15, 2006**. On or before **Monday, December 18, 2006**, the parties shall file a joint status report reporting the closure of discovery, discussing settlement prospects, and motion practice or trial, with a proposed schedule. The court also **RESCHEDULES** the status conference from November 14, 2006, to **Wednesday, January 3, 2007, at 2:30 p.m. EST**. Both parties shall appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263, and defendant's counsel at (202) 305-0428. The parties shall consult, and be prepared to propose how this case should proceed, with a proposed schedule. No motions for summary judgment shall be filed before the court confers with the parties at the January 3, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**