# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * *
**SCHOONER HARBOR VENTURES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: December 18, 2006**

## O R D E R

On December 15, 2006, the parties in the above-captioned case requested additional time for discovery. As requested by the parties, discovery, including property appraisal, will close on or before **Wednesday, February 28, 2007**. On or before **Monday, March 5, 2007**, the parties shall file a joint status report reporting the closure of discovery, discussing settlement prospects, and motion practice or trial, with a proposed schedule. The court also **RESCHEDULES** the status conference from January 3, 2007, to **Thursday, March 8, 2007, at 2:30 p.m. EST**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263, and defendant's counsel at (202) 305-0428. The parties shall consult, and be prepared at the conference to propose how this case should proceed, with a proposed schedule. No motions for summary judgment shall be filed before the court confers with the parties at the March 8, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**