# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| **SCHOONER HARBOR VENTURES, INC.,** * | |
| * | |
| **Plaintiff,** * | |
| * | **No. 06-87L** |
| **v.** * | **Filed: February 28, 2007** |
| * | |
| **UNITED STATES,** * | |
| * | |
| **Defendant.** * | |
| * | |
| * * * * * * * * * * * * * * * * * | |

## O R D E R

The parties have jointly requested additional time for discovery. As requested, discovery, including property appraisal, will close on or before **Monday, April 30, 2007**. On or before **Friday, May 4, 2007**, the parties shall file a joint status report, in lieu of the March 5, 2007 joint status report, reporting the closure of discovery, discussing settlement prospects, and motion practice or trial, with a proposed schedule. The court also **RESCHEDULES** the status conference from March 8, 2007, to **Friday, May 11, 2007, at 2:30 p.m. EDT**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263, and defendant's counsel at (202) 305-0428. The parties shall consult, and be prepared at the conference to propose how this case should proceed, with a proposed schedule. No motions for summary judgment shall be filed before the court confers with the parties at the March 8, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**