# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

**SCHOONER HARBOR VENTURES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: April 24, 2007**

## O R D E R

The parties called chambers, and jointly requested additional time for discovery. As requested by the parties, discovery will close on or before **Wednesday, May 30, 2007**. On or before **Tuesday, June 5, 2007**, the parties shall file a joint status report, in lieu of the previously scheduled May 4, 2007, joint status report, reporting the closure of discovery, discussing settlement prospects, and proposing motion practice or trial, with a proposed schedule. The court also **RESCHEDULES** the status conference from May 11, 2007, to **Friday, June 8, 2007, at 2:30 p.m. EDT**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 374-2313, and defendant's counsel at (202) 305-0428. The parties shall consult, and be prepared at the conference to propose how this case should proceed, with a proposed schedule. No motions for summary judgment shall be filed before the court confers with the parties at the June 8, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**