UNITED STATES COURT OF FEDERAL CLAIMS

(E-field: June 5, 2007)

| | |
|---|---|
| SCHOONER HARBOR VENTURES, INC.,<br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-87 L<br><br>Honorable Marian Blank Horn |

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered April 24, 2007, the parties, Plaintiff Schooner Harbor Ventures, Inc., and Defendant, United States of America, hereby submit this Joint Status Report reporting the closure of discovery, discussing settlement prospects, and proposing the following schedule regarding motion practice.

Discovery closed on May 30, 2007. Throughout the discovery process, the parties have discussed the possibility of settlement. The parties believe that all settlement prospects have been exhausted, and settlement is not possible at this time. Additionally, defendant plans to file a motion for summary judgment. Based on the foregoing, the parties respectfully request the following briefing schedule:

| | |
|---|---|
| Joint Stipulation of Facts and Joint Appendix of Exhibits Due: | July 18, 2007 |
| Defendant's Dispositive Motion Due: | August 8, 2007 |
| Plaintiff's Response Due: | September 10, 2007 |
| Defendant's Reply Due: | September 27, 2007 |

This joint motion was jointly prepared by counsel for Plaintiff and counsel for Defendant.

To expedite the filing of this joint motion, Plaintiff's counsel has authorized the undersigned counsel of record for Defendant to electronically sign on his behalf.

Respectfully submitted: June 5, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ William Lee Guice by s/ Kelle S. Acock

WILLIAM LEE GUICE III
RUSHING & GUICE, P.L.L.C.
P. O. BOX 1925
BILOXI, MS 39533-1925
228-875-5263 VOICE
228-875-5987 FAX
bguice@rushing-guice.com

Attorney of Record for Plaintiff

s/ Kelle S. Acock

KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0267
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant