# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * *
**SCHOONER HARBOR VENTURES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: June 8, 2007**

## O R D E R

The court held a status conference in the above-captioned case on June 8, 2007, with the parties appearing by telephone. On or before **Wednesday, July 18, 2007**, the parties shall file a joint stipulation of facts. The joint stipulation of facts should be thorough and comprehensive. The joint stipulation of facts also should be one document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be a material issue in the case. On or before **Wednesday, July 18, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues.

The court **SCHEDULES** a status conference for **Tuesday, July 24, 2007, at 10:30 a.m. EDT**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263, and defendant's counsel at (202) 305-0428. The parties shall consult, and be prepared at the conference to discuss whether there are material facts in dispute which would preclude motion practice, and propose how this case should proceed, with a proposed schedule. No motions for summary judgment shall be filed before the court confers with the parties at the July 24, 2007 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**