UNITED STATES COURT OF FEDERAL CLAIMS

(E-filed: July 25, 2007)

| | | |
|---|---|---|
| SCHOONER HARBOR VENTURES, INC., | ) | |
| | ) | No. 06-87 L |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Honorable Marian Blank Horn |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATEMENT OF ISSUES OF LAW**

Pursuant to the Court's Order entered June 8, 2007, the parties, Plaintiff Schooner Harbor Ventures, Inc. and Defendant, United States of America, hereby submit this Joint Statement of Issues of Law.

ISSUES OF LAW

The parties agree the following is an issue of law:

1. Whether Plaintiff possessed, at the time of the alleged taking, a Fifth Amendment compensable right to sell its property to the United States without any conditions being imposed on the sale?

MIXED ISSUES OF LAW AND FACT

The parties believe the following issue is a mixed issue of law and fact to the extent that factual information is required to resolve the legal issue:

2. Whether Defendant's actions amount to a regulatory taking of an interest in Plaintiff's property without compensation, in violation of the Fifth Amendment of the United States Constitution?

Defendant believes the following issue is a mixed issue of law and fact to the extent that factual information is required to resolve the legal issue:

3. If Defendant's actions amount to an unconstitutional taking, what amount of compensation is Plaintiff due?

While Plaintiff believes the following are issues of fact, Plaintiff acknowledges that the following could be viewed as mixed issues of law and fact and are therefore included herein:

4. What was the economic effect of the Endangered Species Act on the Plaintiff?

5. To what extent did the Endangered Species Act interfere with the distinct investment backed by expectation of Plaintiff?

Respectfully submitted: July 25, 2007

/s/ William Lee Guice III
WILLIAM LEE GUICE III
RUSHING & GUICE, P.L.L.C.
P. O. BOX 1925
BILOXI, MS 39533-1925
228-875-5263 VOICE
228-875-5987 FAX
bguice@rushing-guice.com
Attorney of Record for Plaintiff

s/ Kelle S. Acock
KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0267
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant