UNITED STATES COURT OF FEDERAL CLAIMS

(E-field: July 25, 2007)

| | | |
|---|---|---|
| SCHOONER HARBOR VENTURES, INC., | ) | No. 06-87 L |
| Plaintiff, | ) | |
| v. | ) | Honorable Marian Blank Horn |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT APPENDIX**

**Schooner Harbor Ventures, Inc. v. United States, No. 06-87 L**

## Index to Joint Appendix

| Tab No. | Description | Begin JA Bates | End JA Bates |
|---|---|---|---|
| 1 | United States Fish and Wildlife Service ("FWS") Biological Opinion dated February 12, 2002 | JA 0001 | JA 0019 |
| 2 | Plaintiff's Response to Defendant's First Set of Interrogatories dated September 14, 2006 | JA 0020 | JA 0034 |
| 3 | Schooner Harbor Ventures, Inc. v Kelly W. Singleton, No. 2001-0143 PW, Chancery Court of Jackson County, Mississippi, Complaint filed January 24, 2001 | JA 0035 | JA 0041 |
| 4 | Plaintiff's Response to Requests for Admission dated December 4, 2006 | JA 0042 | JA 0044 |
| 5 | United States Navy Final Planning Study to Identify Potential Sites for 188 Housing Units Naval Station Pascagoula, Jackson County, Mississippi [This document consists of nearly 200 pages (US04085-US04284). For ease of reference, the parties have included the revelant pages from the document and agree to provide the Court with the entire document at the Court's request.] | JA 0045 | JA 0078 |
| 6 | Letter dated January 31, 2001 from David Helter, Ecology & Environment ("E&E) to Larry Goldman, Supervisor, FWS, Daphne, Alabama | JA 0079 | JA 0080 |
| 7 | Letter dated February 7, 2001 from Thomas Thornhill, Assistant Refuge Manager to David Helter, E&E | JA 0081 | JA0081 |
| 8 | Letter dated February 20, 2001 from Larry Goldman to David Helter | JA 0082 | JA 0084 |
| 9 | Letter dated April 4, 2001 from Larry Goldman to David Helter | JA 0085 | JA 0086 |
| 10 | Letter dated April 25, 2001 from Sabrina Keen, Refuge Manager, to Richard Davis, United States Department of the Navy ("Navy") | JA 0087 | JA 0087 |
| 11 | Letter dated August 3, 2001 from Larry Goldman to Richard Davis | JA 0088 | JA 0096 |

## Index to Joint Appendix


| Tab No. | Description | Begin JA Bates | End JA Bates |
|---|---|---|---|
| 12 | Letter from L.M. Pitts, Head, Environmental Planning Branch, Navy to Larry Goldman | JA 0097 | JA 0097 |
| 13 | Option contract between Rena Ford, Lamar Criswell, and Plaintiff Schooner Harbor Ventures, Inc. executed on August 29, 2001 | JA 0098 | JA 0106 |
| 14 | Letter dated September 20, 2001 from Larry Goldman to L.M. Pitts | JA 0107 | JA 0108 |
| 15 | Letter dated January 15, 2002 from Larry Goldman to L.M. Pitts | JA 0109 | JA 0109 |
| 16 | Fax Transmittal Sheet and Letter dated January 17, 2002 from Plaintiff Schooner Harbor Ventures, Inc. to John Bartku, Navy | JA 0110 | JA 0111 |
| 17 | Navy's Finding of No Significant Impact ("FONSI") for the Proposed Construction of 188 Family Housing Units at Naval Station Pascagoula, Pascagoula, Jackson County, Mississippi | JA 0112 | JA 0116 |
| 18 | Navy's Final Environmental Assessment for the Proposed Construction of 188 Family Housing Units at Naval Station Pascagoula, Pascagoula, Mississippi [This document consists of nearly 300 pages (US00161-US00443). For ease of reference, the parties have included the revelant pages from the document and agree to provide the Court with the entire document at the Court's request.] | JA 0117 | JA 0134 |
| 19 | Agreement for Purchase of Real Property ("Agreement") between Plaintiff and the United States | JA 0135 | JA 0141 |
| 20 | Warranty Deed transferring subject property to the United States | JA 0142 | JA 0149 |
| 21 | Warranty Deed transferring the Ford Tract to the United States | JA 0150 | JA 0151 |
| 22 | Release of Deed of Trust | JA 0152 | JA 0152 |
| 23 | Plaintiff's Response to Requests for Admission dated February 26, 2007 | JA 0153 | JA 0155 |

**Schooner Harbor Ventures, Inc. v. United States, No. 06-87 L**

**Index to Joint Appendix**


| Tab No. | Description | Begin JA Bates | End JA Bates |
|---|---|---|---|
| 24 | Plaintiff's Response to Defendant's Second Set of Interrogatories dated February 28, 2007 | JA 0156 | JA 0162 |
| 25 | U.S. Department of Housing & Urban Development ("HUD") Settlement Statement dated May 3, 2002 and signed by Steven B. Carter, Lawrence Rumsey and C. Lamar Criswell | JA 0163 | JA 0165 |
| 26 | 38 Fed. Reg. 14678 (June 4, 1973) | JA 0166 | JA 0166 |
| 27 | 42 Fed. Reg. 39985 (August 8, 1977) | JA 0167 | JA 0170 |
| 28 | http://www.fws.gov/mississippisandhillcrane/ (last visited July 23, 2007) | JA 0171 | JA 0172 |
| 29 | Letter dated March 28, 2002 from Lawrence C. Rumsey, Vice President, Schooner Harbor Ventures, Inc. to The Honorable Gene Taylor | JA 0173 | JA 0174 |
| 30 | Letter dated July 9, 2001 from Lawrence C. Rumsey, Vice President, Schooner Harbor Ventures, Inc. to Richard Davis, U.S. Navy | JA 0175 | JA 0175 |
| 31 | Chart and Graph titled Site 28 (Pascagoula Housing) Land Acquisition [Sequence according to Carter/Rumsey Option] | JA 0176 | JA 0176 |
| 32 | Unsigned HUD Settlement Statement | JA 0177 | JA 0179 |