# TAB NO. 5

*000822.SV09.02_T1345*

***Final***

# Final Planning Study to Identify Potential Sites for 188 Family Housing Units Naval Station Pascagoula, Jackson County, Mississippi

**February 2001**

**Prepared by:**

**UNITED STATES DEPARTMENT OF THE NAVY SOUTHERN DIVISION**
Naval Facilities Engineering Command
2155 Eagle Drive
North Charleston, South Carolina 29406

Page intentionally left blank.

# Table of Contents


| Section | | | Page |
|---|---|---|---|
| **1** | **Introduction** | | **1-1** |
| | 1.1 | Study Purpose and Need | 1-1 |
| | 1.2 | Study Setting | 1-2 |
| | | 1.2.1 Jackson County | 1-2 |
| | | 1.2.2 Singing River Island | 1-3 |
| **2** | **Site Identification Process and Siting Criteria** | | **2-1** |
| | 2.1 | Participants in Site Selection Study | 2-1 |
| | 2.2 | Property Identification | 2-2 |
| | 2.3 | Site Selection Screening Process | 2-2 |
| | | 2.3.1 Level 1 Criteria | 2-2 |
| | | 2.3.2 Level 2 Criteria | 2-3 |
| | | 2.3.3 Level 3 Criteria | 2-3 |
| **3** | **Site Review** | | **3-1** |
| | 3.1 | Initial Site Review | 3-4 |
| | 3.2 | Intermediate Site Review | 3-5 |
| | 3.3 | Final Site Review | 3-5 |
| **4** | **Final Site Selection and Comparison** | | **4-1** |
| | 4.1 | Criterion Comparison Matrix | 4-1 |
| | 4.2 | Explanation of Each Site's Criteria Rankings | 4-3 |
| | | 4.2.1 Site 7: Gautier High School | 4-3 |
| | | 4.2.2 Site 8: Red Bird Lane | 4-10 |
| | | 4.2.3 Site 28: Highway 57/I-10 | 4-17 |
| | | 4.2.4 Site 29: Rosewood | 4-23 |
| | | 4.2.5 Site 30: Singing River Island | 4-30 |
| **5** | **References** | | **5-1** |

**Table of Contents, cont.**


| Appendix | | Page |
|---|---|---|
| A | Site Information Sheets for All Candidate | A-1 |
| B | Environmental Reports for Sites 7, 8, 28, 29, and 30 | B-1 |
| C | School District Information | C-1 |
| D | General Information Related to Zoning, Floodplains, Wetland Classifications, Storm Surge Zones, and Environmentally Sensitive Areas | D-1 |

# List of Tables


| Table | | Page |
|---|---|---|
| 1-1 | 1998 Municipal Statistics | 1-3 |
| 2-1 | Level 1 Criteria Screening | 2-5 |
| 2-2 | Level 2 Criteria Screening | 2-7 |
| 2-3 | Level 3 Criteria Screening | 2-11 |
| 4-1 | Comparison Matrix Based on Site Screening Criteria | 4-2 |
| 4-2 | Wetland and Upland Acreage for Site 7 | 4-4 |
| 4-3 | Site 7: Gautier High School | 4-4 |
| 4-4 | Wetland and Upland Acreage for Site 8 | 4-11 |
| 4-5 | Site 8: Red Bird Lane | 4-11 |
| 4-6 | Wetland and Upland Acreage for Site 28 | 4-17 |
| 4-7 | Site 28: Highway 57/I-10 | 4-18 |
| 4-8 | Wetland and Upland Acreage for Site 29 | 4-24 |
| 4-9 | Site 29: Rosewood | 4-24 |
| 4-10 | Site 30: Singing River Island | 4-30 |

**List of Tables, cont.**

# List of Illustrations


| Figure | | Page |
|---|---|---|
| 1-1 | General Location Map | 1-4 |
| 3-1 | Site Information Form | 3-2 |
| 3-2 | Locations of All Candidate Sites | 3-3 |
| 3-3 | Locations of Selected Sites | 3-7 |
| 4-1 | Site 7 Property Boundaries and Environmental Features | 4-8 |
| 4-2 | Site 7 Photographs | 4-9 |
| 4-3 | Site 8 Property Boundaries and Environmental Features | 4-15 |
| 4-4 | Site 8 Photographs | 4-16 |
| 4-5 | Site 28 Property Boundaries and Environmental Features | 4-21 |
| 4-6 | Site 28 Photographs | 4-22 |
| 4-7 | Site 29 Property Boundaries and Environmental Features | 4-28 |
| 4-8 | Site 29 Photographs | 4-29 |
| 4-9 | Site 30 Property Boundaries and Environmental Features | 4-34 |
| 4-10 | Site 30 Photographs | 4-35 |

**List of Illustrations, cont.**

# List of Acronyms

| | |
|---|---|
| ACQ | Office of the Undersecretary of Defense for Acquisition and Technology |
| AFB | Air Force Base |
| CO | Commanding Officer |
| CORRACTS | Resource Conservation and Recovery Act Treatment, Storage, and Disposal Corrective Action Facilities |
| DoD | United States Department of Defense |
| EA | environmental assessment |
| EO | Executive Order |
| EPA | United States Environmental Protection Agency |
| FEMA | Federal Emergency Management Agency |
| FIRM | Flood Insurance Rate Map |
| FY | fiscal year |
| GIS | Geographic Information Systems |
| GRPC | Gulf Regional Planning Commission |
| LOS | level of service |
| MDEQ | Mississippi Department of Environmental Quality |
| MDMR | Mississippi Department of Marine Resources |
| MDOE | Mississippi Department of Education |
| MDOT | Mississippi Department of Transportation |
| MDWFP | Mississippi Department of Wildlife, Fisheries and Parks |
| MLS | Multiple Listing Service |
| NAVFACINST | Naval Facilities Instructions |
| NAVSTA | Naval Station |
| the Navy | United States Department of the Navy |
| NEPA | National Environmental Policy Act |
| NRCS | USDA Natural Resources Conservation Service |
| NWI | National Wetlands Inventory |
| PPS | preliminary planning study |
| PUD | Planned Unit Development |

**List of Acronyms, cont.**

| | |
|---|---|
| PWO | Public Works Office |
| RCRIS | Resource Conservation and Recovery Information System |
| SAIA | Sikes Act Improvement Act |
| Southern Division | Southern Division Naval Facilities Engineering Command |
| TNC | The Nature Conservancy |
| USACE | United States Army Corps of Engineers |
| USDA | United States Department of Agriculture |
| USFWS | United States Fish and Wildlife Service |
| USGS | United States Geological Service |
| WIES | Wetlands, Inc. Environmental Services |

# 1 Introduction

The United States Department of the Navy (the Navy) has identified the need to construct quality housing to enhance the Navy's long-term productivity by improving the living conditions and the morale and welfare of Service members and their families. Better morale and welfare tends to lead Service members to longer commitments with the Navy, thereby reducing the rate of Service member turnover and associated training costs. The United States Department of Defense (DoD) has found that the proportion of personnel remaining in the Service from Navy bases with high-quality housing is about 15 percent higher than the proportion of personnel stationed at places with low-quality housing (Office of the Undersecretary of Defense for Acquisition and Technology [ACQ] 1997).

This Preliminary Planning Study (PPS) is a precursor to the Environmental Assessment (EA), required by the National Environmental Policy Act (NEPA), for the Naval Station Pascagoula (NAVSTA Pascagoula) housing project. The PPS provides the land use planning and site screening processes implemented by the Navy to identify potential Navy family housing sites for personnel and dependents assigned to the Command. The first section of the PPS identifies the purpose and need for the study and background information. Section 2 discusses the site identification process and the site screening criteria developed for the evaluation of the merits of each potential housing site. The site identification process lists the individuals and describes the methods employed in the site identification effort. Section 3 establishes and discusses the review process implemented to narrow the number of viable sites in the community to four. Section 4 discusses in depth the merits of each of the four sites identified in Section 3, as well as the Singing River Island site. These five sites will be addressed in the EA.

## 1.1 Study Purpose and Need

The purpose of this study is to find a suitable location to construct approximately 188 units of family housing and ancillary facilities for Navy personnel assigned to NAVSTA Pascagoula. Existing housing for Navy personnel is provided by on-base bachelor housing at Singing River Island, Navy

bachelor housing at the Lakeside Annex facility, and private family housing in the Pascagoula community. Because the availability of Navy housing is at capacity and the availability of affordable housing in the local community is rapidly decreasing, there is a current and projected critical need for adequate housing for enlisted families assigned to NAVSTA Pascagoula. For current Fiscal Year (FY) 2000, NAVSTA Pascagoula's effective family housing deficit is 134 units, 121 of which are for enlisted grades E1 through E6. The projected effective family housing deficit for FY 2005 is 213 units. This projected deficit includes 212 family units for enlisted personnel and one officer unit. Approximately 55 percent (118 units) of the projected deficit for enlisted personnel is expected to be for enlisted grades E1 through E6 (NAVSTA Pascagoula 2000a).

The availability of adequate, affordable family housing for military personnel that is supplied by the private sector has decreased in the Pascagoula area as a result of continued economic growth largely attributed to the gambling industry and federal government sectors (e.g., Keesler Air Force Base [AFB]). The private sector housing market can no longer adequately meet the current and projected need for affordable, reasonable quality off-base housing. With a 5 percent vacancy rate for apartments in Jackson County and moderate population growth, military families do not have sufficient options for determining when, where, or what they want to live in (Runzheimer International 1999). In cases where housing is not available or affordable to military personnel, military personnel are forced to choose between involuntary separation from their families or accepting housing that is below suitable living standards. Either decision results in dissatisfaction and poor morale.

## 1.2 Study Setting

### 1.2.1 Jackson County

Jackson County is the southeasternmost county in Mississippi (see Figure 1-1). Jackson County covers approximately 471,040 acres (736 square miles) and is bordered by George County to the north, Harrison County to the west, Alabama to the east, and the Gulf of Mexico to the south. The 1990 population of Jackson County was 115,243; by 1998, the estimated population had increased by 13.6 percent for a total county population of 130,910 (Mississippi Coast Statistical Digest 1998). Approximately 56 percent of the county population resides within the four incorporated municipalities in Jackson County: Gautier, Moss Point, Ocean Springs, and Pascagoula (see Table 1-1 and Figure 1-1). All of these municipalities are in the south portion of Jackson County; the northern portion of the County is unincorporated.

| Table 1-1<br>1998 Municipal Statistics | | | |
|---|---|---|---|
| Municipality | Estimated Population 1998 | Approximate Area (square miles) | Persons per Square Mile |
| Gautier | 11,139 | 12 | 928 |
| Moss Point | 18,095 | 25.0 | 723 |
| Ocean Springs | 16,519 | 9.3 | 1,776 |
| Pascagoula | 27,163 | 15.2 | 1,787 |
| Total | 72,916 | 61.5 | 1,185 |

Source: Mississippi Coast Statistical Digest 1998.

Jackson County has a number of human-made and natural features that limit the availability of large tracts of land suitable for the Navy's needs. In addition to being bordered by the Mississippi Sound/Gulf of Mexico, Jackson County has vast areas of floodplain associated with the Pascagoula River, Escatawpa River, and their tributaries. Most of the soils throughout the county are poorly to moderately drained, and wetlands are prevalent. Most development in the county has occurred south of Interstate 10 (I-10), where urban services are more readily available. South of I-10, most large tracts of upland areas (e.g., > 50 acres) proximate to pre-existing urban infrastructure (e.g., sewer and water) have already been developed; large tracts of undeveloped land with access to urban services are largely encumbered by wetlands and floodplains. In most areas north of I-10, development has occurred at a density that does not support urban infrastructure (e.g., water and sewer lines), with the exception of certain roadway corridors, such as the Highway 63 corridor.

In addition, approximately 19,000 acres of land in the county is encumbered by the Mississippi Sandhill Crane National Wildlife Refuge (see Figure 1-1). Established in 1975 and administered by the United States Fish and Wildlife Service (USFWS), the refuge consists of three separate land units: the Gautier, Ocean Springs, and Fontainebleau units. Each unit lies within the limited nesting range of the endangered Mississippi sandhill crane.

## 1.2.2 Singing River Island

The NAVSTA Pascagoula command is located on Singing River Island, Pascagoula, Jackson County, Mississippi (see Figure 1-1). Singing River Island lies near the mouth of the Pascagoula River and is separated from the mainland by a 2,300-foot-wide expanse of the Mississippi Sound. The island is accessed by a 2.8-mile-long causeway that connects with Litton Road north of Ingalls Shipyard. The island is approximately 445 acres and consists entirely of stabilized fill from the deposition of dredge material since 1962. Elevations on the island range from near sea level to just over 20 feet above sea level (United States Geological Survey [USGS] 1982).




Figure 1-1
General Location Map

In the late 1980s and early 1990s, the northern 187 acres of Singing River Island was developed for NAVSTA Pascagoula. Construction was initiated in August 1988, and NAVSTA employees moved into the facilities in June 1990. The State of Mississippi owns the remaining 258 acres on the island: approximately 97 acres are in a dredge material management area and the remaining area (approximately 161 acres) is undeveloped. The dredge management area is actually a dike containment area for dredged sediments from various harbor deepening projects and maintenance dredging activities. The dike containment area is approximately 5 to 10 feet above the existing average grade of the developed portion of the island used by NAVSTA Pascagoula (Navy 2000a). Until recently, no material had been deposited in this dredge material management area since 1987. In the past two years, the Navy has used the area twice, and the Jackson County Port Authority used it once as an overflow facility (Moeller 2000). In addition to Singing River Island, NAVSTA Pascagoula property includes the 33-acre Lakeside Annex, located on Chico Road approximately 5 miles from the main installation on the east side of Pascagoula. The Lakeside Annex contains two bachelor housing buildings, A Building and B Building, some recreational facilities, and a 10-acre lake.

Page intentionally left blank.

# 2 Site Identification Process and Siting Criteria

## 2.1 Participants in Site Selection Study

The PPS used a myriad of resources, including local realtors, NAVSTA Pascagoula personnel, Southern Division Naval Facilities Engineering Command (Southern Division) personnel, local staff, and local private entities. Five realtors from around the Jackson County community assisted with this survey: Mark Cumbest, Charlotte Kinsey, John Jones, Wally Page, and Caryn Hanson. Collectively they provided most of the 29 sites for consideration as potential family housing sites. As part of their efforts, they provided information about property attributes and either showed or directed Navy staff to properties for multiple site visits.

NAVSTA Pascagoula assistance came from the NAVSTA Pascagoula Commanding Officer (CO), the Public Works Officer (PWO) and staff, and the Housing Director and staff, as well as the military families who participated in the Housing Preference Survey administered by NAVSTA Pascagoula. Southern Division personnel involved in the site selection process included environmental planning, housing design, and real estate acquisition staff.

Assistance in identifying sites and gathering relevant site information for the study was solicited and received from a number of additional sources. These sources include utility districts, economic development agents, Jackson County Port Authority, city and county ordinances and personnel, Gulf Regional Planning Commission (GRPC), International Paper Company, and private property owners and their agents. Other sources of information included USFWS National Wetland Inventory (NWI) maps; Jackson County map of soils (provided by GRPC); maps of wetlands and general land cover (provided by the Mississippi Department of Marine Resources [MDMR]); United States Department of Agriculture, Natural Resources Conservation Service (NRCS) hydric soil maps; 1998 Mississippi Coast Statistical Digest; Mississippi Department of Education (MDOE); Mississippi Department of Transportation (MDOT); Federal Emergency Management Agency (FEMA) Flood Insurance Rate Maps (FIRM); Mississippi Department of Wildlife, Fisheries and Parks (MDWFP);

United States Army Corps of Engineers (USACE); USGS quadrangle maps; and federal and state database research results for hazardous sites.

## 2.2 Property Identification

An extensive search was conducted over the course of about four months to identify properties suitable for Navy family housing. During this time period, more than 30 potential sites were brought to the Navy's attention, 29 of which were evaluated to some degree. The initial approach to identifying sites was to obtain the assistance of a local commercial real estate agent who identified "listed" properties on the market that met the primary siting criteria. The primary siting criteria were: properties 30 to 80 acres and within the approximately 30-minute off-peak commute to NAVSTA Pascagoula. The initial effort identified 12 listed properties that met the basic criteria described above.

At the kickoff meeting, these 12 properties were discussed. Several areas of concern involved the preponderance of wetland conditions and the potential for wetland impacts, and preferences were expressed regarding locations and the need for proximity to pre-existing urban infrastructure (water and sewer). Therefore, to supplement the original effort, four additional realtors were contacted and engaged in the effort to identify suitable properties; inquiries into possible sites were made at local offices of various public and private sector agencies and individuals; and the Navy placed newspaper advertisements in the Pascagoula area newspapers (the *Mississippi Press* and *Sun Herald*) to focus on properties not presently listed for sale through realtor's MLS listings.

Through these efforts, 29 potential off-station family housing sites were ultimately identified for evaluation. Each site was evaluated in accordance with the site selection screening process discussed in Section 2.3.

## 2.3 Site Selection Screening Process

A three-level site screening process was established to identify potential family housing sites that would best meet the family housing needs of NAVSTA Pascagoula, within the existing socioeconomic and environmental context.

### 2.3.1 Level 1 Criteria

Level 1 criteria are site requirements determined essential by the Navy. These requirements include travel time to the installation, the amount of acreage available for construction of family housing units and ancillary facilities, water and sewer availability, and cost feasibility (see Table 2-1).

Because Level 1 criteria are considered essential, each site was evaluated on a "Yes" or "No" basis. "Yes" means that the site meets the minimum requirement; "No" means the site does not meet the minimum requirement. With few exceptions, a potential housing site receiving one or more "No" for Level 1 criteria was eliminated from further consideration.

### 2.3.2 Level 2 Criteria

Level 2 criteria represent property conditions that if lacking or insufficient do not necessarily mean the property is deemed unsuitable for family housing. Level 2 siting criteria are generally those particular requirements associated with protecting the health, safety, and welfare of the Navy families who will occupy the housing and with minimizing impacts to on-site natural resources (see Table 2-2). Potential housing construction sites determined to be inconsistent with Navy regulations or policies or considered incompatible with protecting the health and safety of Navy families and the natural environment were generally eliminated from further evaluation. Similar to the evaluation of sites under Level 1 criteria, sites evaluated under Level 2 criteria were classified as "Yes" (meets criterion) or "No" (does not meet criterion).

### 2.3.3 Level 3 Criteria

Level 3 criteria are generally associated with *quality of life* issues (see Table 2-3) and indicate a preference for a type of condition. Although considered important elements in maintaining the morale of Navy personnel and their families, none of these criteria are individually important enough to eliminate a site from consideration. Level 3 criteria are not mandated by Navy regulations or policies and are the most subjective of the three levels of criteria.

Because individual preferences for each of the Level 3 criteria are subjective, Level 3 criteria were ranked low, medium, or high. As shown in Table 2-3, many of the *quality of life* metrics are defined in terms of driving minutes (e.g., < 5 minutes), with each metric having a corresponding ranking. As shown in the metric column of Table 2-3, a high ranking for a criterion may be achieved with driving times of < 5 minutes, < 10 minutes, or < 15 minutes. The differences in driving times reflect proximity preferences indicated by the Navy families that completed the *Family Housing Preference Survey* administered by NAVSTA Pascagoula. A criterion with a shorter drive time was considered more important by the survey respondents then a criterion with a longer drive time for the same ranking (e.g. <5 minute [high] versus <15 minute [high]). For example, even though a site may receive a "high" ranking for both proximity to schools and proximity to day care, the <5-minute drive time to schools indicates a greater survey preference than the <15-minute drive time to daycare. The

preferences (as defined in minutes of drive time) of the military personnel who took the survey were considered when evaluating the final ranking of each potential housing site.

Level 3 criteria for which the metric of drive time was inappropriate were ranked based on geographic preferences and statistical information gathered from the results of the housing survey and from other local and state data sources. For all Level 3 criteria rankings, additional sources of information were used, when available, to supplement preference information indicated by the housing survey. Some of these sources include local police and fire departments; the Performance Index from the Mississippi Report Card (MDOE 1998-1999); school capacity information for the local school districts; and the 1998 Mississippi Coast Statistical Digest.

Sections 3 and 4 discuss the application of the site screening criteria to the site review process.

**Table 2-1**
**Level 1 Criteria Screening**

| Evaluation Criterion | Metric | Meets Criterion | Explanation |
|---|---|---|---|
| Drive time to NAVSTA Pascagoula | Within 30-minute (non-rush hour) drive time to NAVSTA Pascagoula. | Yes | NAVSTA Pascagoula and Southern Division established a maximum drive time of 30 minutes to NAVSTA Pascagoula during non-rush hours as the maximum acceptable drive time. |
| | Not within 30-minute (non-rush hour) drive time to NAVSTA Pascagoula. | No | |
| Parcel Size | Minimum of 50 acres of land. | Yes | Southern Division's Housing/Design Department requested a minimum of 50 acres to construct housing and ancillary facilities (Navy 2000b; NAVFACINST 11101.85H, Family Housing Project Standards, Sec. 1.5 Site Density). Level 2 criteria screening addresses wetlands occurring on a parcel and mitigation needs. |
| | Less than 50 acres of land. | No | |
| Water and Sewer | Water and sewer available adjacent to the site; expected to be available by construction completion; or < 3 miles from the site. | Yes | Generally, a site was considered deficient for water/sewer if it was > 3 miles distant. This criterion reflects the disproportionate amount of the budget that would be required for water/sewer. Water/sewer extension costs are estimated to be $93,000 per 1,000 linear feet (Navy 2000c). The criterion *Cost Feasibility* (below) includes costs for sewer/water extension (< 3 miles) to the site in the overall cost feasibility of the site.<br><br>Groundwater wells are considered acceptable by the Navy for providing potable water where waterlines are not available. |
| | Water and sewer > 3 miles from the site. | No | |
| Cost Feasibility | < $2.5 million | Yes | The components of cost feasibility include: land acquisition and/or special foundation work (e.g., de-watering); off-site water/sewer costs (for extension to the site and applicable impact fees); and mitigation (e.g., wetland mitigation).A $2.5 million criterion was established (Navy 2000d). |
| | > $2.5 million | No | |

This page left blank intentionally.

**Table 2-2**
**Level 2 Criteria Screening**

| Evaluation Criterion | Metric | Meets Criterion | Explanation |
|---|---|---|---|
| Compatibility with Community Codes | Possible within the local jurisdiction zoning ordinance and other applicable regulations. | Yes | "Possible within existing regulations" includes allowable actions under the local regulations and ordinances. Examples of allowable actions include a zoning change, the subdivision process, special floodplain construction measures, or other types of variances or actions. Once the property is purchased by the federal government, it is not subject to local requirements unless a federal mandate is in place; however, every attempt will be made to comply with local government regulations. |
| | Not possible within the local jurisdiction regulations. | No | Under the local regulations, the action is not permitted. To move forward with the project, the Navy would have to rely on their exemption status from the local regulatory process. |
| Land Use Compatibility and Aesthetics | Compatible with surrounding land uses. | Yes | No significant incompatibility with surrounding land uses. The Navy's proposed housing development would not have a negative impact on adjacent properties or vice versa. Compatibility evaluation looks at the land use activity, its design, and the by-products of the activity, such as traffic, noise, and air emissions. Land use compatibility is based on professional judgement. |
| | Incompatible with one or more surrounding land uses. | No | The Navy's proposed housing development would have a negative impact on adjacent properties or vice versa. |
| Verified No Contamination | Verified No Contamination or verified properly remediated contamination. | Yes | Contamination was evaluated using the American Society for Testing and Materials Standard Data Search to identify areas with hazardous or petroleum-related contamination that potentially could affect each housing site. Using EPA and MDEQ databases, a search was conducted within a 1-mile radius from the center of each site. |
| | Verified questionably or not remediated contamination. | No | |

**Table 2-2**
**Level 2 Criteria Screening**

| Evaluation Criterion | Metric | Meets Criterion | Explanation |
|---|---|---|---|
| Road Infrastructure | Direct access to a minor collector roadway or a roadway with a higher classification (e.g., minor/principal arterial). | Yes | Roadways were evaluated using designations established by MDOT. Minor collector roadways and roadways with a higher classification are designed to handle the volume of traffic that would be generated by the proposed housing development. |
| | Direct access to a local, unimproved, or unclassified roadway. | No | Local roadways and unimproved roadways are not designed or intended for use by the size of the development the Navy proposes. Local streets are intended to carry the lowest traffic volumes, discourage through-traffic (usually do not carry traffic between two streets of a higher classification), and provide access to abutting land. |
| Floodplain Designation | C, X, and B zones. | Yes | FEMA flood insurance rate maps identify flood zones C, X, and B as areas outside the 100-year floodplain (FEMA FIRM maps). Executive Order (EO) 11988, Floodplain Management, requires federal service agencies to avoid construction or management practices that will adversely affect floodplains, unless it is found that: 1) there is no practical alternative, and 2) the proposed action has been designed to minimize harm to or within the floodplain. |
| | V and A zones. | No | FEMA maps identify zones V and A as areas within the 100-year floodplain. This indicates there is a 1 percent chance in any given year that the area will flood. According to NAVFACINST 11101.85H, Sec. 2.1.4, "Family Housing shall be sited outside any 100-year flood water line." |
| Wetlands | Sufficient upland acreage available for housing construction or < 5 acres of wetland mitigation required. | Yes | EO 11990, as amended, requires government agencies, in carrying out agency actions and programs affecting land use, to provide leadership and to take action to minimize the destruction, loss, or degradation of wetlands and to preserve and enhance the natural and beneficial values of wetlands. Sources used to identify wetlands include NWI maps (on line); NRCS hydric soil maps, and Jackson County Wetlands and General Land Cover maps provided by the MDMR. Site visits were conducted by Ecology and Environment, Inc. (E & E) from 31 November to 1 December 2000 to verify desktop data. |
| | > 5 acres of wetland mitigation required. | No | |



US04108

JA 0068

**Table 2-2**
**Level 2 Criteria Screening**

| Evaluation Criterion | Metric | Meets Criterion | Explanation |
|---|---|---|---|
| Natural Vegetative Communities | No impact or impact to < 1 acre of natural vegetative communities. | Yes | The SAIA requires military installations to undertake ecosystem management. An essential component of ecosystem management is the conservation and restoration of natural communities for the conservation and enhancement of biodiversity. An expected impact to < 1 acre of quality natural communities is not considered significant for this study. A high quality natural community consists of undisturbed, pristine vegetated areas in a mature growth stage; and lacks invasive and exotic species, and human alteration or disturbance. Sources of information for identification of natural communities include 1) MDWFP, and 2) site visits by an E & E biologist. |
| | Impact to > 1 acre of natural vegetative community. | No | |
| Storm Surge Zone Designation | Category 4 or 5 storm surge zone, or outside all storm surge zones. | Yes | USACE storm surge map for Jackson County identifies which, if any, storm surge zone properties located within the county (USACE 2000a). Storm surge zones correspond to hurricane classifications on the Saffir-Simpson Scale (Categories 1-5), and reflect the potential for impacts from a classified storm event. Properties in a Category 1 storm surge zone are usually near the coast and will be affected by hurricanes of Category 1 and higher (2-5). Properties in a Category 5 storm surge zone are generally farther inland and will only be affected by the most severe storms (Category 5). It is more desirable to have a property in a Category 4 or 5 storm surge zone due to the lower potential for damages. |
| | Category 1, 2, or 3 storm surge zone. | No | |
| Time to Acquire | Site acquisition expected to occur within necessary timeframe (see explanation column). | Yes | 1. Complete NEPA documentation by March 2001.<br>2. Complete Survey, Title Search, Appraisal, Environmental Baseline Survey by May 2001.<br>3. Purchase land by December 2001.<br>4. Begin construction by May 2002.<br>5. Finish construction by June 2003.<br>Source: Navy 2000e. |
| | Site acquisition expected to exceed necessary timeframe. | No | Extends beyond the timeframe discussed above. |

**Table 2-2**
**Level 2 Criteria Screening**

Key:

EO = Executive order.
EPA = United States Environmental Protection Agency.
FEMA = Federal Emergency Management Agency.
MDEQ = Mississippi Department of Environmental Quality.
MDOT = Mississippi Department of Transportation.
MDWFP = Mississippi Department of Wildlife, Fisheries and Parks.
NAVFACINST = Naval Facilities Instructions.
NRCS = Natural Resources Conservation Service.
NWI = National Wetland Inventory.
SAIA = Sikes Act Improvement Act.
USACE = United States Army Corps of Engineers.



US04110

JA 0070

**Table 2-3**
**Level 3 Criteria Screening**

| Evaluation Criterion | Metric | Ranking | Explanation |
|---|---|---|---|
| Preferred School District | Index ranking equal to 5.0 | High | Based on 1998-99 Performance Index from the Mississippi Report Card (MDOE 1998-1999). The performance index is based on 36 criteria, such as performance standards for subjects/grades, and information about student/teacher ratios, special education and vocational education programs, finances and budgets. A ranking of 5.0 to 1.0 is assigned to each school district. A 5.0 indicates the school district has met all 36 criteria. Anything less than 36 will receive less than 5.0. A score of 3.0 is considered average, and anything less than a 3.0 is below average. Out of 153 school districts in the state, 15 of them ranked 5.0 (William, H. Lee, 2000). |
| | Index ranking between 3.0 and 5.0 | Medium | |
| | Index ranking less than 3.0 | Low | |
| Preferred Living Location | Ocean Springs/Gautier | High | Evaluation criteria derived from Housing Preference Survey, NAVSTA Pascagoula. |
| | Jackson County/Pascagoula | Medium | |
| | Moss Point/Vancleave/Singing River Island | Low | |
| Crime | Lowest amount of crime | High | The Jackson County Sheriff's Department was contacted for crime statistics. The department does not keep official records broken down into areas of crime. The four off-site housing areas were given rankings based on the officers' knowledge and experience of crime in the county (Broadus 2000). The 1998 Mississippi Coast Statistical Digest was also reviewed; however, the crime material was not suitable for the purpose of this evaluation. |
| | Low crime | Medium | |
| | Highest amount of crime | Low | |
| Proximity to Schools | < 5 minutes | High | Measured as drive time to the closest elementary school. Evaluation criteria derived from Housing Preference Survey, NAVSTA Pascagoula. |
| | 5-10 minutes | Medium | |
| | > 10 minutes | Low | |

**Table 2-3**
**Level 3 Criteria Screening**

| Evaluation Criterion | Metric | Ranking | Explanation |
|---|---|---|---|
| Proximity to NAVSTA Pascagoula | < 10 minutes | High | Measured as drive time. Evaluation criteria derived from Housing Preference Survey, NAVSTA Pascagoula. |
| | 10–15 minutes | Medium | |
| | > 15 minutes | Low | |
| Proximity to Keesler AFB Hospital | < 10 minutes | High | Measured as drive time. Evaluation criteria derived from Housing Preference Survey, NAVSTA Pascagoula. |
| | 10–15 minutes | Medium | |
| | > 15 minutes | Low | |
| Proximity to Day Care Facilities | < 15 minutes | High | Only includes licensed day care facilities. Measured as drive time. Evaluation criteria derived from Housing Preference Survey, NAVSTA Pascagoula. |
| | 15-20 minutes | Medium | |
| | > 20 minutes | Low | |
| Proximity to Shopping, Entertainment, and Outdoor Recreation | < 15 minutes | High | Measured as drive time. Evaluation criteria derived from Housing Preference Survey, NAVSTA Pascagoula. |
| | < 15–20 minutes | Medium | |
| | > 20 minutes | Low | |
| Proximity to Police Services | < 1 mile | High | Measured as driving distance to the closest station. |
| | 1-3 miles | Medium | |
| | > 3 miles | Low | |
| Proximity to Fire Services | < 1 mile | High | Measured as driving distance to the closest station. |
| | 1-3 miles | Medium | |
| | > 3 miles | Low | |

Key:
LOS = level of service.
MDOE = Mississippi Department of Education.
NAVSTA = Naval Station.

### 4.2.3 Site 28: Highway 57/I-10

The Highway 57/I-10 site is approximately 75 acres. Located in unincorporated Jackson County, the site is located directly off Highway 57, north of Interstate 10 (I-10; see Figure 4-5). South of I-10, Highway 57 is a four-lane divided highway; north of the interstate, Highway 57 narrows to a two-lane, minor arterial roadway. The property has frontage on both Highway 57 and Robinson Still Road, which is a two-lane residential street.

Originally the property was 83 acres, but 8 acres have been sold as outparcels to private developers. These parcels are being developed commercially as a gas station, restaurant, and hotel. The remaining 75 acres include an 11-acre pond, wetlands, and low-lying areas (see Figure 4-6). Overall, the property is fairly open with large areas of high field grasses and pockets of pine trees, oak trees, and yaupon holly. The 11-acre pond located in the northeast corner of the property is a former borrow pit created during construction of I-10.

NWI maps, as a GIS data layer, were overlaid on the aerial photographs for Site 28 to estimate wetland and upland acreages (see Figure 4-5; E & E 2000a). The results of the analysis indicate that approximately 28 percent (20 acres) of the site is encumbered by wetlands. Acreage by wetland classification is shown in Table 4-6. In 1999, about 36 acres of Site 28 were included within a formal wetland delineation prepared for a larger parcel (Enviro South 1999; USACE 1999). Based on the wetland delineation, approximately 31 of the 36 acres of Site 28 evaluated were not delineated as wetland. Therefore, it is expected that about 31 of the 54 acres identified as upland in Table 4-6 were included in the formal wetland delineation.

**Table 4-6**
**Wetland and Upland Acreage for Site 28**

| Wetland Classification (see Appendix D) | Area (acres) |
|---|---|
| PFO1/4B | 3.8 |
| PFO4B | 6.9 |
| PUBHx | 9.7 |
| **Total Wetland Area** | **20.4** |
| **Total Upland Area** | **54.7** |
| Total Site Area | 75.1 |

Source: USFWS 1999.
Notes:

NWI digital data maps were prepared primarily by stereoscopic analysis of high altitude aerial photographs. Wetlands are identified on the photographs based on vegetation, visible hydrology, and geography in accordance with Classification of Wetlands and Deepwater Habitats of the United States (FWS)/OBS - 79/31 December 1979.

Table 4-7 presents the ranking Site 28 received for each criterion and discusses why the site received its ranking.

| Table 4-7<br>Site 28: Hwy57/I-10 | | |
|---|---|---|
| **Criterion** | **Meets Criterion?** | **Explanation of Site Ranking** |
| **Level 1 Criteria** | | |
| Drive Time to NAVSTA Pascagoula | Yes | Drive time to NAVSTA Pascagoula is approximately 15 minutes. The maximum drive time is 30 minutes. |
| Parcel Size | Yes | Property is approximately 75 acres. The minimum size is 50 acres. |
| Water and Sewer Availability | Yes | The owner is constructing a 600 gallon per minute water well on site; sewer lines with adequate capacity already run to site along Highway 57 (Carter 2000; Robinson 2000). |
| Cost Feasibility | Yes | Land Cost: Estimated land cost is $2,055,000:<br>50 acres of upland at $40,000 per acre<br>11 acres of pond at $5,000 per acre<br>11.5+ acres of wetland / low lying area at $0 per acre<br>Special Foundation Work: None.<br>Water/Sewer Costs: No cost for water and sewer extension to the site.<br>Mitigation Cost: Wetland mitigation costs have not been determined.<br>Total Costs: In excess of $2,055,000. |
| **Level 2 Criteria** | | |
| Compatibility with Government Codes | Yes | The property is currently within the planning jurisdiction of Jackson County. Jackson County recently rezoned the property to a PUD to accommodate an apartment complex that was formerly planned for the property. The PUD zoning classification allows for flexibility in land use activities (residential, office, commercial) and permits multi-family residential (Jackson County 1997). See Appendix D for a description of the zoning.<br>Note:<br>(1) Once the property is purchased by the federal government, it is not subject to local requirements unless a federal mandate is in place; however, every attempt will be made to comply with the local government regulations. |

| Table 4-7<br>Site 28: Hwy57/I-10 | | |
|---|---|---|
| **Criterion** | **Meets Criterion?** | **Explanation of Site Ranking** |
| Land Use Compatibility and Aesthetics | Yes | Existing adjacent land uses, which include a KOA campground, residential areas, and the Sandhill Crane Refuge, are compatible with the proposed military housing. The expected commercial businesses adjacent to the site and fronting Highway 57 are less compatible with the proposed housing, but would not be considered significantly incompatible. Site design layout and vegetative buffers would be expected to be sufficient to minimize any impacts. |
| Verified No Contamination | Yes | The site location was not listed in federal or state databases researched. No sites were identified within the ASTM E 1527-00 search radius around the property (Environmental Data Resources Inc. 2000; see Appendix B). |
| Road Infrastructure | Yes | Access to the site is from Highway 57, which is a minor arterial roadway (Taylor 2000). |
| Floodplain Designation | Yes | The site is located in Flood Zone C. Flood Zone C is outside the 500-year floodplain(FEMA FIRM 1987); therefore, development of the site would not conflict with EO 11988. See Appendix D for information on Flood Zone C. |
| Wetland Impact | Yes | It is expected that housing development can occur with less than 5 acres of wetland needed to be mitigated. A GIS analysis of the site for wetlands found that the entire site, based on NWI maps, was 27% encumbered by wetland (E & E 2000a). In addition, a wetland delineation for a larger parcel of land, which also included 36 acres of Site 28, found that 31 of the 36 acres were upland. As shown in Figure 4-5, there are significant areas of contiguous uplands that could be used for housing development without impacts to site wetland. A minimum of 50 acres of upland is necessary for housing construction and ancillary facilities (Navy 2000b). |
| Natural Vegetative Community Impact | Yes | Natural vegetative communities are not expected to occur on the site (MDWFP 1994; E & E 2000b). The site consists mainly of open field with an excavated pond. See the map in Appendix D showing environmentally sensitive areas. |
| Storm Surge zone | Yes | This site is located in a category 4 storm surge zone, which means this area is expected to be affected by hurricanes of Category 4 or higher intensity (USACE 2000a). See Appendix D for storm surge information. |
| Time to Acquire | Yes | No known constraints to site acquisition and/or construction would preclude construction by June 2003. |
| **Level 3 Criteria** | | |
| Preferred School District | High | The property is in the Jackson County School District. Based on the 1998-99 Performance Index of 5.0, the site receives a high ranking (MDOE 1998-1999). |

| Table 4-7<br>Site 28: Hwy57/I-10 | | |
|---|---|---|
| **Criterion** | **Meets Criterion?** | **Explanation of Site Ranking** |
| Preferred Living Location | Medium | Property is in unincorporated Jackson County. Based on the housing preference survey conducted by NAVSTA Pascagoula, Jackson County and the City of Pascagoula ranked second for the preferred location for housing for those individuals/families who completed the survey (NAVSTA Pascagoula 2000b). |
| Crime Rate | High | Lowest crime in the vicinity of the site for the four sites evaluated in this section (Broadus 2000). |
| Proximity to Schools | Medium | Property is approximately 10 minutes from an elementary school. The Jackson County School District has sufficient capacity to accommodate additional students in all grades (E & E 2000c; see Appendix C). |
| Proximity to NAVSTA Pascagoula | Medium | Property is approximately 15 minutes from NAVSTA Pascagoula. |
| Proximity to Keesler AFB Hospital | Low | Property is more than 15 minutes from Keesler AFB. |
| Proximity to Day Care | High | Property is approximately 10 minutes from day care. |
| Proximity to Shopping, Entertainment, and Outdoor Recreation | High | Property is approximately 10 minutes from shopping and entertainment facilities. |
| Proximity to Police Services | Low | Property is approximately 8 miles from police station. |
| Proximity to Fire Services | Medium | Property is approximately 3 miles from fire station. |

SOURCE: NWI: USFWS 1999; Hydric Soils: NRCS SSURGO 2000;
Aerial Photo: Jackson County, MS GIS Dept. 1994; Adapted by E&E 2000




Figure 4-5
Site 28 Property Boundaries and Environmental Features







**Figure 4-6 Site 28 Photographs**