# TAB NO. 14

ØH

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
P. O. Drawer 1190
Daphne, Alabama 36526

IN REPLY REFER TO:
01-0763e

September 20, 2001

Mr. L. M. Pitts
Head, Environmental Planning Branch
Department of the Navy
Southern Division
Naval Facilities Engineering Command
P.O. Box 190010
2155 Eagle Drive
North Charleston, S.C. 29419-9010

Dear Mr. Pitts:

This is to confirm receipt of your letter, dated August 20,2001, requesting formal consultation regarding the proposal by the Navy to construct new family housing for Naval Station Pascagoula north of Interstate 10 on Highway 57 (Site 28) in Jackson County, Mississippi. The proposed project involves constructing 188 units of family housing and ancillary facilities on one of five alternative site locations determined to be the most suitable in the *Final Planning Study to Identify Potential Navy Housing Sites for 188 Family Housing Units, Naval Station Pascagoula (NAVSTA), Jackson County, Mississippi.* The most suitable site, as determined in the Navy's Environmental Assessment (EA), is described as Alternative 3 which is located adjacent to the Mississippi Sandhill Crane National Wildlife Refuge (Refuge) and in designated Critical Habitat for the endangered Mississippi sandhill crane (*Grus canadensis pulla*). All additional information that we required, including a copy of the contract for acquisition of lands to offset impacts to Critical Habitat, was received on September 5, 2001. Therefore, your initiation package is now complete and the initiation date for formal consultation is September 5, 2001. Although the U.S. Fish and Wildlife Service is allowed up to 90 days to conclude formal consultation and then another 45 days to finalize a Biological Opinion, it is likely that we will be able to conclude consultation in a much shorter time-frame. We look forward to working with your agency in an expeditious manner.

PHONE: 334-441-5181 www.fws.gov FAX: 334-441-6222
SHIPPING ADDRESS: 1208-B Main Street, Daphne, AL 36526

If you have any questions or need additional information, please contact Mr. Patric Harper at (251) 441-5181, ext. 34.

Sincerely,

Larry E. Goldman
Field Supervisor

cc: MSCNWR (ATTN: MS. Sabrina Keen, Refuge Manager)

Lt. Steve Bukoski
Public Works Director
Naval Station Pascagoula
Building 60
Pascagoula, MS 39595-0401

# TAB NO. 15

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
P. O. Drawer 1190
Daphne, Alabama 36526

IN REPLY REFER TO:
02-0009b

January 15, 2002

OPTIONAL FORM 99 (7-90)

| FAX TRANSMITTAL | | # of pages ► 1 |
|---|---|---|
| To Richard Davis | From Patric | |
| Dept./Agency | Phone # | |
| Fax # 843-820-7472 | Fax # | |
| NSN 7540-01-317-7368 5099-101 | GENERAL SERVICES ADMINISTRATION | |

Mr. L. M. Pitts
Head, Environmental Planning Branch
Department of the Navy
Southern Division
Naval Facilities Engineering Command
P.O. Box 190010
2155 Eagle Drive
North Charleston, S.C. 29419-9010

Dear Mr. Pitts:

On September 20,2001, the U.S. Fish and Wildlife Service (Service) entered into formal Section 7 consultation regarding the proposal by the Navy to construct new family housing for Naval Station Pascagoula north of Interstate 10 on Highway 57 (Site 28) in Jackson County, Mississippi. The actual date of initiation was September 5, 2001. The Service is allowed up to 90 days to conclude formal consultation and then another 45 days to finalize a Biological Opinion (B.O.). Therefore, we are to provide the final B.O. to your office by January 18, 2002. Because of the difficulties we have encountered in our review process (due mainly to the holiday interruption), and the necessity of review by our legal department, it is unlikely that we will be able to provide you the final B.O. by the aforementioned date. In accordance with 50 CFR 402.14(e), we are requesting a 30-day extension. We are hopeful, though, that the B.O. will be provided in the next 2-3 weeks. We look forward to your response and to working with your agency in an expeditious manner.

If you have any questions or concerns about this consultation or the consultation process in general, please contact Mr. Patric Harper at (251) 441-5181, ext. 34.

Sincerely,

Larry E. Goldman
Field Supervisor



US00128

# TAB NO. 16

# Schooner Harbor Ventures, Inc.

A Land Company
910 Howard Avenue, Biloxi, MS 39530
Tel: (228) 432-9344 ♦ Fax (228) 432-1189
e-mail: Rumsey@primocomputers.com

18 JAN 02

Raymond + Richard -
FYI.
Jon

## FAX TRANSMITTAL SHEET

Fax Phone Number: 843 820-7472

Company: Southern Division Naval Facilities Engineering Command

Attention: John Bartke

Number of Pages: 2
(Including Cover Sheet)

From: Jessica for Lawrence Rumsey

Date: 17 Jan 02

Time: 1443

Message: Status of Property, Pascagoula "Site 28" at Robinson Still Road & Hwy 57, Jackson County, MS

Sent by: [illegible signature]

* If you fail to receive all of the pages of if the transmission is not legible, please call our office.

US00156

# Schooner Harbor Ventures, Inc.

A Land Company

910 Howard Avenue, Biloxi, MS 39530
Tel: (228) 432-9344 ♦ Fax (228) 432-1189
e mail: rcei@rumsey engineering.com

January 17, 2002

**FAX VIA MAIL**

Southern Division Naval Facilities Engineering Command
P.O. Box 190010
2155 Eagle Drive
North Charleston, S.C. 29419-9010

Attn: John Bartku

Re: Pascagoula "Site 28" at Robinson Still Road & Highway 57, Jackson County, Ms

Subject: Status of Property

Dear Mr Bartku:

Based on our conversation of today, this letter is being sent to inform you that Schooner Harbor Ventures, Inc. is still very much interested in the sale of the above property to the Navy at an aforementioned price of $1.9 million. We were in anticipation that a formal offer would be forthcoming shortly, however, we are now aware of the letter from the Fish and Wildlife Service asking for a time extension in order to finalize the Biological Opinion. Assuming your intent is to continue to move forward with this project, we acquiesce to the requested extension. However, please be aware that our option to purchase the mitigation property (third party agreement) will expire on February 29, 2002. For this reason, any procedure that would expedite this process would be greatly appreciated.

If you have any questions, please do not hesitate to call.

Sincerely,
SCHOONER HARBOR VENTURES, INC.

Lawrence C. Rumsey, Vice President

# TAB NO. 17

DEPARTMENT OF DEFENSE
DEPARTMENT OF THE NAVY

FINDING OF NO SIGNIFICANT IMPACT (FONSI) FOR THE PROPOSED CONSTRUCITON OF 188 FAMILY HOUSING UNITS AT NAVAL STATION PASCAGOULA, PASCAGOULA, JACKSON COUNTY, MISSISSIPPI

Pursuant to Council on Environmental Quality regulations (40 CFR Parts 1500-1508) implementing the procedural provisions of the National Environmental Policy Act, the Navy hereby gives notice that an Environmental Assessment (EA) has been prepared and that an Environmental Impact Statement will not be prepared to evaluate the environmental impacts associated with the construction of 188 Navy family housing units and ancillary facilities on a site location within Jackson County, Mississippi.

The purpose for an action is to provide affordable, quality housing for Navy personnel and their families assigned to Naval Station (NAVSTA) Pascagoula. Currently, NAVSTA Pascagoula does not provide family housing for its service members. These new family housing units are needed because of the low family housing vacancy rates within the Pascagoula region and the subsequent difficulty in finding adequate affordable private market housing. Furthermore, these units are needed to enhance the living conditions and improve the morale and welfare of military personnel and their families, thus enhancing the Navy's long-term productivity. High morale and welfare tend to correlate with longer commitments by personnel to the Navy, and longer commitments reduce the rate of personnel turnover and training costs for new members.

The EA has been prepared to evaluate the construction of approximately 188 units of Navy family housing and ancillary facilities on one of the five alternative site locations (Site 7, Site 8, Site 28, Site 29, and Site 30) determined to be the most suitable in the *Final Planning Study to Identify Potential Navy Housing Sites for 188 Family Housing Units, Naval Station Pascagoula, Jackson County, Mississippi*. The preferred location is on Site 28 because of its desirable attributes related to Navy operational readiness and Navy-family welfare. The EA has also been prepared to evaluate the contribution of the proposed action to cumulative environmental consequences in the project area. Actions considered in the cumulative impact analysis are past and future actions associated with regional growth and development of the gaming industry, federal sector, and tourist related activities. Past growth has resulted in an increase for



ENCL (1)

land for development with impacts to wetlands, upland communities, wildlife habitat and threatened and endangered species, and capacity pressures on community infrastructure.

To evaluate the environmental consequences of the proposed action (construction of Navy family housing), the Navy evaluated the impacts of housing construction on the Preferred Site (Site 28). Site 28, is approximately 75 acres (30 ha). Located in unincorporated Jackson, the site is located directly off Highway 57, north of Interstate 10 (I-10). Originally, the property was 83 acres (34 ha), but 8 acres (3 ha) have been sold as outparcels to private developers. Development on the outparcels includes a gas station and convenience store. The remaining 75 acres (30 ha) include an 11-acre (4-ha) pond, a few wetland and low-lying areas. Overall, the property is fairly open. The 11-acre (4-ha) pond located in the northeast corner of the property is a former borrow pit created during construction of I-10.

For Site 28, the primary areas of concern for this EA are impacts to school resources, threatened and endangered species, and the noise impact on the environment. However, these impacts would not be considered significant.

**School Resources.** Implementation of Alternative 3 (Site 28) would result in a negative short-and long-term impact on the Jackson County School District. Elementary school classroom capacity would be adversely impacted (consumed) by the additional 299 students. Limited, but sufficient available capacity exists at the middle school and high school; however, the alternative would limit future available capacity and would result in an increase in the student to teacher ratio. With all school districts in Jackson County experiencing similar capacity problems, implementation of any one of the alternatives would cause a similar capacity problem for the school district receiving the additional children. On the other hand, because the Navy families who would reside in the new housing are already in the area leasing housing, the impact to school resources from concentrating an existing dispersed Navy population would be offset by a reduction in student loading at the schools from which these students would be transferred; there is no controversy with the school district.

Negative short-term impacts to funding are related to costs the school system would be required to absorb in the near-term to accommodate the new students until applicable federal and state programs begin. Long-term impacts would be associated with the

need for facilities construction and maintenance, additional funding for staffing, and additional funding for students.

**Threatened and Endangered Species.** The USFWS has determined that no significant, adverse short-term or long-term impacts to the federally listed Mississippi sandhill crane would result from construction of 188 housing units on Site 28. Site 28 is located in Mississippi sandhill crane critical habitat. As a result of the Navy's formal consultation with the USFWS, a Biological Opinion and an Incidental Take Statement has been prepared by the USFWS. According to the Biological Opinion prepared by the USFWS, the anticipated level of take of the Mississippi sandhill crane can be anticipated by the loss of 75.1 acres (30.3 ha; Site 28) of critical habitat. To offset the impact to critical habitat, the refuge will receive 77 acres (31.2 ha) of off-site high priority crane habitat. The USFWS concluded in their Biological Opinion that the "*proposed project is not likely to result in jeopardy to the species or destruction or adverse modification of critical habitat . . . Although critical habitat will be impacted in one location, (Site 28 and adjacent refuge), it will be enhanced, protected and managed in another.*" The Navy has agreed to reasonable and prudent measures, and their implementing terms and conditions identified in the Incidental Take Statement. Measures to be implemented by the Navy include limiting certain types of construction activities during nesting season (March 1 through June 30); creating a 30-foot setback barrier between the site and the western boundary of the refuge; maintaining and supplementing the vegetation within the established barrier area; constructing an 8-foot-high chain-link fence along the eastern boundary of Site 28; and educating the residents of the proposed housing project about the potential impact of trespassing onto the refuge by providing refuge information packets for all new housing residents.

The site does not have suitable habitat for the Bald Eagle, Red-cockaded woodpecker, gopher tortoise, eastern indigo snake, or Louisiana quillwort

**Noise.** The USFWS has determined that noise generated by the construction and operation of the 188 housing units would not have a significant, adverse short-term or long-term impacts to the federally listed Mississippi sandhill crane. The Navy has agreed to reasonable and prudent measures, and their implementing terms and conditions identified in the Incidental Take Statement as previously discussed.

**Other Resources.** No significant, adverse short-term or long-term impacts to other human health or natural resources would be expected to occur as a resulted of implementation of the proposed action on the Preferred Site (Site 28). No significant, adverse short-term or long-term impacts to cultural resources would be expected. The Mississippi State Historic Preservation Officer (SHPO) has determined that no properties listed in or eligible for listing in the National Register of Historic Places would be effected by implementation of the proposed action and that there is a very remote possibility that unrecorded cultural resources may be encountered during construction. In the event that cultural resources would be encountered during surveys and/or construction activities, immediate and appropriate consultation with the SHPO would be carried out by the Navy.

**Cumulative Impact.** Implementation of the proposed action on the Preferred Site (Site 28) would not be expected to contribute to a significant, adverse cumulative impact to human health or natural resources. Although cumulative effects of the proposed action when combined with past and expected future action would result in land disturbance, a reduction of land for future development, the depletion of certain natural resources, and impacts to certain community resources, these impact would largely occur within the region without implementation of the proposed action (i.e., they would occur under the no-action alternative). The proposed action does not involve any new population to the region, rather there would be a redistribution and concentration of a dispersed existing Navy population to a localized area where resources would be consumed and would have to be provided. Site 28 is actively on the local real estate market and would be expected to be developed in the future without the Navy's action. With a concentration of what is now a dispersed Navy population, previously consumed capacity for certain resources of the region would become available for use by a new population associated with the expected future growth of the region.

**Alternatives.** As part of the EA the Navy also evaluated the impact of constructing the 188 housing units at four other alternative site locations. The Navy also evaluated the impacts of the no-action alternative. The primary areas of concern for the four alternatives are impacts to wetland resources, school resources, threatened and endangered species, and the noise impact on the environment. In evaluating the four alternatives, the Navy has determined that no significant, adverse short-term or long-term impacts would occur.

No significant, adverse short-term or long-term impacts to other human health or natural resources would be expected to occur as a resulted of implementation of the proposed action on any of the four alternative locations. In addition, implementation of the proposed action on any of the four other alternative site locations would not be expected to contribute to a significant, adverse cumulative impact to human health or natural resources.

**No-Action Alternative.** Under the no-action alternative, service members and their dependants would not be provided with Navy-owned housing. These service members would continue to reside in private market housing, pay market rents, and compete with the civilian population for the limited affordable supply of housing. As such, implementation of the no-action alternative would not meet the purpose and need for an action.

The EA addressing this action may be obtained from: Commander, Southern Division, Naval Facilities Engineering Command, P. O. Box 190010, North Charleston, SC 29419-9010 (Attn: Mr. Richard Davis, Code 064RA), telephone 843-820-5589, e-mail address: DavisRA@efdsouth.navfac.navy.mil. A limited number of copies of the EA are available to fill single copy requests.

4/10/02
Date

T. R. CRABTREE
Deputy Director
Shore Activities Readiness
U.S. Atlantic Fleet