# TAB NO. 18

000822.SV09.05_T1359

*Final*

# Environmental Assessment for the Proposed Construction of 188 Family Housing Units, Naval Station Pascagoula, Pascagoula, Mississippi

**Contract No. N62467-97-D-0860**

**April 2002**

**Prepared by:**

**UNITED STATES DEPARTMENT OF THE NAVY**
**SOUTHERN DIVISION**
Naval Facilities Engineering Command
2155 Eagle Drive
North Charleston, South Carolina 29406

DEPARTMENT OF DEFENSE
DEPARTMENT OF THE NAVY

FINDING OF NO SIGNIFICANT IMPACT (FONSI) FOR THE PROPOSED CONSTRUCITON OF 188 FAMILY HOUSING UNITS AT NAVAL STATION PASCAGOULA, PASCAGOULA, JACKSON COUNTY, MISSISSIPPI

Pursuant to Council on Environmental Quality regulations (40 CFR Parts 1500-1508) implementing the procedural provisions of the National Environmental Policy Act, the Navy hereby gives notice that an Environmental Assessment (EA) has been prepared and that an Environmental Impact Statement will not be prepared to evaluate the environmental impacts associated with the construction of 188 Navy family housing units and ancillary facilities on a site location within Jackson County, Mississippi.

The purpose for an action is to provide affordable, quality housing for Navy personnel and their families assigned to Naval Station (NAVSTA) Pascagoula. Currently, NAVSTA Pascagoula does not provide family housing for its service members. These new family housing units are needed because of the low family housing vacancy rates within the Pascagoula region and the subsequent difficulty in finding adequate affordable private market housing. Furthermore, these units are needed to enhance the living conditions and improve the morale and welfare of military personnel and their families, thus enhancing the Navy's long-term productivity. High morale and welfare tend to correlate with longer commitments by personnel to the Navy, and longer commitments reduce the rate of personnel turnover and training costs for new members.

The EA has been prepared to evaluate the construction of approximately 188 units of Navy family housing and ancillary facilities on one of the five alternative site locations (Site 7, Site 8, Site 28, Site 29, and Site 30) determined to be the most suitable in the *Final Planning Study to Identify Potential Navy Housing Sites for 188 Family Housing Units, Naval Station Pascagoula, Jackson County, Mississippi*. The preferred location is on Site 28 because of its desirable attributes related to Navy operational readiness and Navy-family welfare. The EA has also been prepared to evaluate the contribution of the proposed action to cumulative environmental consequences in the project area. Actions considered in the cumulative impact analysis are past and future actions associated with regional growth and development of the gaming industry, federal sector, and tourist related activities. Past growth has resulted in an increase for



ENCL (1)

land for development with impacts to wetlands, upland communities, wildlife habitat and threatened and endangered species, and capacity pressures on community infrastructure.

To evaluate the environmental consequences of the proposed action (construction of Navy family housing), the Navy evaluated the impacts of housing construction on the Preferred Site (Site 28). Site 28, is approximately 75 acres (30 ha). Located in unincorporated Jackson, the site is located directly off Highway 57, north of Interstate 10 (I-10). Originally, the property was 83 acres (34 ha), but 8 acres (3 ha) have been sold as outparcels to private developers. Development on the outparcels includes a gas station and convenience store. The remaining 75 acres (30 ha) include an 11-acre (4-ha) pond, a few wetland and low-lying areas. Overall, the property is fairly open. The 11-acre (4-ha) pond located in the northeast corner of the property is a former borrow pit created during construction of I-10.

For Site 28, the primary areas of concern for this EA are impacts to school resources, threatened and endangered species, and the noise impact on the environment. However, these impacts would not be considered significant.

**School Resources.** Implementation of Alternative 3 (Site 28) would result in a negative short-and long-term impact on the Jackson County School District. Elementary school classroom capacity would be adversely impacted (consumed) by the additional 299 students. Limited, but sufficient available capacity exists at the middle school and high school; however, the alternative would limit future available capacity and would result in an increase in the student to teacher ratio. With all school districts in Jackson County experiencing similar capacity problems, implementation of any one of the alternatives would cause a similar capacity problem for the school district receiving the additional children. On the other hand, because the Navy families who would reside in the new housing are already in the area leasing housing, the impact to school resources from concentrating an existing dispersed Navy population would be offset by a reduction in student loading at the schools from which these students would be transferred; there is no controversy with the school district.

Negative short-term impacts to funding are related to costs the school system would be required to absorb in the near-term to accommodate the new students until applicable federal and state programs begin. Long-term impacts would be associated with the

need for facilities construction and maintenance, additional funding for staffing, and additional funding for students.

**Threatened and Endangered Species.** The USFWS has determined that no significant, adverse short-term or long-term impacts to the federally listed Mississippi sandhill crane would result from construction of 188 housing units on Site 28. Site 28 is located in Mississippi sandhill crane critical habitat. As a result of the Navy's formal consultation with the USFWS, a Biological Opinion and an Incidental Take Statement has been prepared by the USFWS. According to the Biological Opinion prepared by the USFWS, the anticipated level of take of the Mississippi sandhill crane can be anticipated by the loss of 75.1 acres (30.3 ha; Site 28) of critical habitat. To offset the impact to critical habitat, the refuge will receive 77 acres (31.2 ha) of off-site high priority crane habitat. The USFWS concluded in their Biological Opinion that the "*proposed project is not likely to result in jeopardy to the species or destruction or adverse modification of critical habitat . . . Although critical habitat will be impacted in one location, (Site 28 and adjacent refuge), it will be enhanced, protected and managed in another.*" The Navy has agreed to reasonable and prudent measures, and their implementing terms and conditions identified in the Incidental Take Statement. Measures to be implemented by the Navy include limiting certain types of construction activities during nesting season (March 1 through June 30); creating a 30-foot setback barrier between the site and the western boundary of the refuge; maintaining and supplementing the vegetation within the established barrier area; constructing an 8-foot-high chain-link fence along the eastern boundary of Site 28; and educating the residents of the proposed housing project about the potential impact of trespassing onto the refuge by providing refuge information packets for all new housing residents.

The site does not have suitable habitat for the Bald Eagle, Red-cockaded woodpecker, gopher tortoise, eastern indigo snake, or Louisiana quillwort

**Noise.** The USFWS has determined that noise generated by the construction and operation of the 188 housing units would not have a significant, adverse short-term or long-term impacts to the federally listed Mississippi sandhill crane. The Navy has agreed to reasonable and prudent measures, and their implementing terms and conditions identified in the Incidental Take Statement as previously discussed.

**Other Resources.** No significant, adverse short-term or long-term impacts to other human health or natural resources would be expected to occur as a resulted of implementation of the proposed action on the Preferred Site (Site 28). No significant, adverse short-term or long-term impacts to cultural resources would be expected. The Mississippi State Historic Preservation Officer (SHPO) has determined that no properties listed in or eligible for listing in the National Register of Historic Places would be effected by implementation of the proposed action and that there is a very remote possibility that unrecorded cultural resources may be encountered during construction. In the event that cultural resources would be encountered during surveys and/or construction activities, immediate and appropriate consultation with the SHPO would be carried out by the Navy.

**Cumulative Impact.** Implementation of the proposed action on the Preferred Site (Site 28) would not be expected to contribute to a significant, adverse cumulative impact to human health or natural resources. Although cumulative effects of the proposed action when combined with past and expected future action would result in land disturbance, a reduction of land for future development, the depletion of certain natural resources, and impacts to certain community resources, these impact would largely occur within the region without implementation of the proposed action (i.e., they would occur under the no-action alternative). The proposed action does not involve any new population to the region, rather there would be a redistribution and concentration of a dispersed existing Navy population to a localized area where resources would be consumed and would have to be provided. Site 28 is actively on the local real estate market and would be expected to be developed in the future without the Navy's action. With a concentration of what is now a dispersed Navy population, previously consumed capacity for certain resources of the region would become available for use by a new population associated with the expected future growth of the region.

**Alternatives.** As part of the EA the Navy also evaluated the impact of constructing the 188 housing units at four other alternative site locations. The Navy also evaluated the impacts of the no-action alternative. The primary areas of concern for the four alternatives are impacts to wetland resources, school resources, threatened and endangered species, and the noise impact on the environment. In evaluating the four alternatives, the Navy has determined that no significant, adverse short-term or long-term impacts would occur.

No significant, adverse short-term or long-term impacts to other human health or natural resources would be expected to occur as a resulted of implementation of the proposed action on any of the four alternative locations. In addition, implementation of the proposed action on any of the four other alternative site locations would not be expected to contribute to a significant, adverse cumulative impact to human health or natural resources.

**No-Action Alternative.** Under the no-action alternative, service members and their dependants would not be provided with Navy-owned housing. These service members would continue to reside in private market housing, pay market rents, and compete with the civilian population for the limited affordable supply of housing. As such, implementation of the no-action alternative would not meet the purpose and need for an action.

The EA addressing this action may be obtained from: Commander, Southern Division, Naval Facilities Engineering Command, P. O. Box 190010, North Charleston, SC 29419-9010 (Attn: Mr. Richard Davis, Code 064RA), telephone 843-820-5589, e-mail address: DavisRA@efdsouth.navfac.navy.mil. A limited number of copies of the EA are available to fill single copy requests.

4/10/02
Date

T. R. CRABTREE
Deputy Director
Shore Activities Readiness
U.S. Atlantic Fleet

# Table of Contents

Section Page

**Executive Summary** ..... **ES-1**

**1 Introduction** ..... **1-1**
1.1 Location and Background ..... 1-1
1.2 Purpose and Need ..... 1-3
1.3 Description of the Proposed Action ..... 1-3
1.4 Public Involvement/Agency Coordination ..... 1-4

**2 Alternatives** ..... **2-1**
2.1 Identification of Alternative Site Locations ..... 2-1
2.2 Alternatives ..... 2-2
2.2.1 Alternative 1: Site 7 (Gautier High School) ..... 2-2
2.2.2 Alternative 2: Site 8 (Red Bird Lane) ..... 2-2
2.2.3 Alternative 3: Site 28 (Highway 57/I-10) ..... 2-5
2.2.4 Alternative 4: Site 29 (Rosewood) ..... 2-5
2.2.5 Alternative 5: Site 30 (Singing River Island) ..... 2-5
2.2.6 No-Action Alternative ..... 2-6
2.3 Comparison of Alternatives ..... 2-6

**3 Affected Environment** ..... **3-1**
3.1 Affected Environment at Alternative 1: Site 7 (Gautier High School) ..... 3-1
3.1.1 Land Use ..... 3-1
3.1.2 Socioeconomics and Community Services ..... 3-2
3.1.3 Infrastructure and Transportation ..... 3-8
3.1.4 Terrestrial Resources ..... 3-9
3.1.5 Water Resources ..... 3-13
3.1.6 Soils ..... 3-15
3.1.7 Air Quality ..... 3-16
3.1.8 Noise ..... 3-16
3.1.9 Cultural Resources ..... 3-16
3.1.10 Environmental Contamination ..... 3-17
3.2 Affected Environment at Alternative 2: Site 8 (Red Bird Lane) ..... 3-17
3.2.1 Land Use ..... 3-17
3.2.2 Socioeconomics and Community Services ..... 3-19
3.2.3 Infrastructure and Transportation ..... 3-21
3.2.4 Terrestrial Resources ..... 3-23
3.2.5 Water Resources ..... 3-26
3.2.6 Soils ..... 3-27
3.2.7 Air Quality ..... 3-28

**Table of Contents, cont.**


| Section | | | Page |
|---|---|---|---|
| | 3.2.8 | Noise | 3-28 |
| | 3.2.9 | Cultural Resources | 3-28 |
| | 3.2.10 | Environmental Contamination | 3-29 |
| 3.3 | Affected Environment at Alternative 3: Site 28 (Highway 57/I-10) | | 3-29 |
| | 3.3.1 | Land Use | 3-29 |
| | 3.3.2 | Socioeconomics and Community Services | 3-31 |
| | 3.3.3 | Infrastructure and Transportation | 3-33 |
| | 3.3.4 | Terrestrial Resources | 3-35 |
| | 3.3.5 | Water Resources | 3-38 |
| | 3.3.6 | Soils | 3-39 |
| | 3.3.7 | Air Quality | 3-40 |
| | 3.3.8 | Noise | 3-40 |
| | 3.3.9 | Cultural Resources | 3-41 |
| | 3.3.10 | Environmental Contamination | 3-41 |
| 3.4 | Affected Environment at Alternative 4: Site 29 (Rosewood) | | 3-41 |
| | 3.4.1 | Land Use | 3-41 |
| | 3.4.2 | Socioeconomics and Community Services | 3-43 |
| | 3.4.3 | Infrastructure and Transportation | 3-45 |
| | 3.4.4 | Terrestrial Resources | 3-47 |
| | 3.4.5 | Water Resources | 3-51 |
| | 3.4.6 | Soils | 3-52 |
| | 3.4.7 | Air Quality | 3-53 |
| | 3.4.8 | Noise | 3-53 |
| | 3.4.9 | Cultural Resources | 3-53 |
| | 3.4.10 | Environmental Contamination | 3-53 |
| 3.5 | Affected Environment at Alternative 5: Site 30 (Singing River Island) | | 3-53 |
| | 3.5.1 | Land Use | 3-53 |
| | 3.5.2 | Socioeconomics and Community Services | 3-54 |
| | 3.5.3 | Infrastructure and Transportation | 3-57 |
| | 3.5.4 | Terrestrial Resources | 3-58 |
| | 3.5.5 | Water Resources | 3-60 |
| | 3.5.6 | Soils | 3-61 |
| | 3.5.7 | Air Quality | 3-61 |
| | 3.5.8 | Noise | 3-61 |
| | 3.5.9 | Cultural Resources | 3-62 |
| | 3.5.10 | Environmental Contamination | 3-62 |
| **4** | **Environmental Consequences and Mitigation Measures** | | **4-1** |
| 4.1 | Alternative 1: Site 7 (Gautier High School) | | 4-1 |
| | 4.1.1 | Land Use | 4-1 |
| | 4.1.2 | Socioeconomics and Community Services | 4-2 |
| | 4.1.3 | Infrastructure and Transportation | 4-6 |
| | 4.1.4 | Terrestrial Resources | 4-8 |
| | 4.1.5 | Water Resources | 4-10 |
| | 4.1.6 | Soils | 4-11 |
| | 4.1.7 | Air Quality | 4-12 |
| | 4.1.8 | Noise | 4-12 |
| | 4.1.9 | Cultural Resources | 4-12 |

**Table of Contents, cont.**


| Section | | | Page |
|---|---|---|---|
| | 4.1.10 | Environmental Contamination | 4-13 |
| 4.2 | Alternative 2: Site 8 (Red Bird Lane) | | 4-13 |
| | 4.2.1 | Land Use | 4-13 |
| | 4.2.2 | Socioeconomics and Community Services | 4-15 |
| | 4.2.3 | Infrastructure and Transportation | 4-18 |
| | 4.2.4 | Terrestrial Resources | 4-20 |
| | 4.2.5 | Water Resources | 4-23 |
| | 4.2.6 | Soils | 4-24 |
| | 4.2.7 | Air Quality | 4-24 |
| | 4.2.8 | Noise | 4-24 |
| | 4.2.9 | Cultural Resources | 4-25 |
| | 4.2.10 | Environmental Contamination | 4-26 |
| 4.3 | Alternative 3 (Preferred Site): Site 28 (Highway 57/I-10) | | 4-26 |
| | 4.3.1 | Land Use | 4-26 |
| | 4.3.2 | Socioeconomics and Community Services | 4-28 |
| | 4.3.3 | Infrastructure and Transportation | 4-31 |
| | 4.3.4 | Terrestrial Resources | 4-33 |
| | 4.3.5 | Water Resources | 4-36 |
| | 4.3.6 | Soils | 4-37 |
| | 4.3.7 | Air Quality | 4-37 |
| | 4.3.8 | Noise | 4-38 |
| | 4.3.9 | Cultural Resources | 4-38 |
| | 4.3.10 | Environmental Contamination | 4-39 |
| 4.4 | Alternative 4: Site 29 (Rosewood) | | 4-39 |
| | 4.4.1 | Land Use | 4-39 |
| | 4.4.2 | Socioeconomics and Community Services | 4-41 |
| | 4.4.3 | Infrastructure and Transportation | 4-45 |
| | 4.4.4 | Terrestrial Resources | 4-46 |
| | 4.4.5 | Water Resources | 4-50 |
| | 4.4.6 | Soils | 4-51 |
| | 4.4.7 | Air Quality | 4-51 |
| | 4.4.8 | Noise | 4-51 |
| | 4.4.9 | Cultural Resources | 4-52 |
| | 4.4.10 | Environmental Contamination | 4-52 |
| 4.5 | Alternative 5: Site 30 (Singing River Island) | | 4-52 |
| | 4.5.1 | Land Use | 4-52 |
| | 4.5.2 | Socioeconomics and Community Services | 4-54 |
| | 4.5.3 | Infrastructure and Transportation | 4-57 |
| | 4.5.4 | Terrestrial Resources | 4-59 |
| | 4.5.5 | Water Resources | 4-60 |
| | 4.5.6 | Soils | 4-61 |
| | 4.5.7 | Air Quality | 4-62 |
| | 4.5.8 | Noise | 4-62 |
| | 4.5.9 | Cultural Resources | 4-62 |
| | 4.5.10 | Environmental Contamination | 4-63 |
| 4.6 | No-Action Alternative | | 4-63 |
| | 4.6.1 | Land Use | 4-63 |
| | 4.6.2 | Socioeconomics and Community Services | 4-64 |

**Table of Contents, cont.**


Section | Page

4.6.3 Infrastructure and Transportation ........ 4-65
4.6.4 Terrestrial Resources ........ 4-66
4.6.5 Water Resources ........ 4-66
4.6.6 Soils ........ 4-67
4.6.7 Air Quality ........ 4-67
4.6.8 Noise ........ 4-67
4.6.9 Cultural Resources ........ 4-67
4.6.10 Environmental Contamination ........ 4-67
4.7 Cumulative Impacts ........ 4-68
4.8 Unavoidable Adverse Environmental Effects and Considerations That Offset Adverse Effects ........ 4-70
4.9 Relationship Between Short-Term Uses of Environment and Maintenance and Enhancement of Long-Term Productivity ........ 4-71
4.10 Irreversible and Irretrievable Commitments of Resources ........ 4-72
4.11 Energy Requirements and Conservation Potential ........ 4-72

**5 Relationship of Proposed Action to Federal, State, and Local Plans, Policies, and Controls ........ 5-1**

**6 List of Preparers ........ 6-1**

**7 References ........ 7-1**

Appendices

**A Correspondence ........ A-1**

**B Site Screening Criteria ........ B-1**

**C Wetland Classifications ........ C-1**

**D Wetland Maps ........ D-1**

**E Biological Opinion ........ E-1**

# List of Tables


| Table | | Page |
|---|---|---|
| 1-1 | Government Agencies and Non-Government Organization Issues and Concerns NAVSTA Pascagoula, Pascagoula, Mississippi | 1-5 |
| 2-1 | Comparison of Environmental Impacts, NAVSTA Pascagoula, Pascagoula, Mississippi | 2-7 |
| 3-1 | 1998 Municipal Statistics | 3-4 |
| 3-2 | Apartment Rental Inventory by Price and Size, Jackson County | 3-5 |
| 3-3 | Pascagoula School District Capacity (for schools potentially servicing Site 7) | 3-6 |
| 3-4 | Roadway Network between NAVSTA Pascagoula and Site 7 | 3-9 |
| 3-5 | Wetland and Upland Acreage for Site 7 | 3-10 |
| 3-6 | Federally Listed Threatened or Endangered Vertebrates Potentially Occurring in the Site 7 Project Area | 3-12 |
| 3-7 | Federally Listed Threatened or Endangered Plant Species Potentially Occurring in the Site 7 Project Area | 3-13 |
| 3-8 | Soil Types and Description Occurring on Site 7 | 3-15 |
| 3-9 | Pascagoula School District Capacity (for schools potentially servicing Site 8) | 3-19 |
| 3-10 | Roadway Network between NAVSTA Pascagoula to Site 8 | 3-22 |
| 3-11 | Wetland and Upland Acreage for Site 8 | 3-23 |
| 3-12 | Federally Listed Threatened or Endangered Vertebrates Potentially Occurring in the Site 8 Project Area | 3-25 |
| 3-13 | Federally Listed Threatened or Endangered Plant Species Potentially Occurring in the Site 8 Project Area | 3-25 |
| 3-14 | Soil Types and Description Occurring on Site 8 | 3-27 |
| 3-15 | Vancleave Attendance Center Capacity | 3-32 |

**List of Tables, cont.**


3-16 Roadway Network between NAVSTA Pascagoula to Site 28 .......... 3-35

3-17 Wetland and Upland Acreage for Site 28 .......... 3-36

3-18 Federally Listed Threatened or Endangered Vertebrates Potentially Occurring in the Site 28 Project Area .......... 3-37

3-19 Federally Listed Threatened or Endangered Plant Species Potentially Occurring in the Site 28 Project Area .......... 3-38

3-20 Soil Types and Description Occurring on Site 28 .......... 3-40

3-21 Ocean Springs School District .......... 3-43

3-22 Roadway Network between NAVSTA Pascagoula to Site 29 .......... 3-47

3-23 Wetland and Upland Acreage for Site 29 .......... 3-48

3-24 Federally Listed Threatened or Endangered Vertebrates Potentially Occurring in the Site 29 Project Area .......... 3-50

3-25 Federally Listed Threatened or Endangered Plant Species Potentially Occurring in the Site 29 Project Area .......... 3-50

3-26 Soil Types and Description Occurring on Site 29 .......... 3-52

3-27 Pascagoula School District Capacity (for schools potentially servicing Site 30) .......... 3-56

3-28 Federally Listed Threatened or Endangered Species Occurring in Jackson County that May Occur Near Site 30 .......... 3-59

4-1 Pascagoula School District Capacity (for schools potentially servicing Site 7) .......... 4-4

4-2 Pascagoula School District Capacity (for schools potentially servicing Site 8) .......... 4-16

4-3 Vancleave (Jackson County School District) Attendance Center Capacity (for schools potentially servicing Site 28) .......... 4-29

4-4 Ocean Springs School District (for schools potentially servicing Site 29) .......... 4-42

4-5 Pascagoula School District Capacity (for schools potentially servicing Site 30) .......... 4-55

# List of Illustrations


Figure | Page
1-1 General Location Map ........ 1-2
2-1 Location of All Candidate Sites ........ 2-3
2-2 Location of Selected Sites ........ 2-4
3-1 Site 7 Property Boundaries and Environmental Features ........ 3-3
3-2 Site 8 Property Boundaries and Environmental Features ........ 3-18
3-3 Site 28 Property Boundaries and Environmental Features ........ 3-30
3-4 Site 29 Property Boundaries and Environmental Features ........ 3-42
3-5 Site 30 Property Boundaries and Environmental Features ........ 3-55

**List of Illustrations, cont.**

This page left blank intentionally.

# List of Acronyms and Abbreviations

| | |
|---|---|
| ACQ | Office of the Undersecretary of Defense for Acquisition and Technology |
| AFB | Air Force Base |
| ASTM | American Society for Testing and Materials |
| BAH | basic allowance for housing |
| BMPs | best management practices |
| CAA | Clean Air Act |
| CFR | Code of Federal Regulations |
| cm | centimeter |
| CO | carbon monoxide |
| CWA | Clean Water Act |
| CZMA | Coastal Zone Management Act |
| DMR | Mississippi Department of Marine Resources |
| DoD | United States Department of Defense |
| E & E | Ecology and Environment, Inc. |
| EA | environmental assessment |
| EMS | Emergency Medical Service |
| EPA | United States Environmental Protection Agency |
| ERF | Energy Recovery Facility |
| ESA | Endangered Species Act of 1973 |
| FEMA | Federal Emergency Management Agency |
| FIRM | Flood Insurance Rate Map |
| FONSI | Finding of No Significant Impact |
| FY | fiscal year |
| GIS | Geographic Information System |
| gpd | gallons per day |
| gpm | gallons per minute |

**List of Acronyms, cont.**

| | |
|---|---|
| ha | hectare |
| I-10 | Interstate 10 |
| kg | kilogram |
| km | kilometer |
| m | meter |
| MCMA | Mississippi Coastal Management Act |
| MCP | Mississippi Coastal Program |
| MDEQ | Mississippi Department of Environmental Quality |
| MDWFP | Mississippi Department of Wildlife, Fisheries and Parks |
| mg/L | milligrams per liter |
| mgd | million gallons per day |
| MSW | multiple solid waste |
| NAAQS | National Ambient Air Quality Standards |
| NAVFACINST | Naval Facilities Instruction |
| NAVSTA | Naval Station |
| Navy | United States Department of the Navy |
| NEPA | National Environmental Policy Act |
| NFIP | National Flood Insurance Program |
| NHPA | National Historic Preservation Act |
| NMFS | National Marine Fisheries Service |
| $NO_2$ | nitrogen dioxide |
| NPDES | National Pollutant Discharge Elimination System |
| NWI | National Wetlands Inventory |
| NWR | National Wildlife Refuge |
| $O_3$ | ozone |
| OPNAVINST | Office of the Chief of Naval Operations Instruction |
| $PM_{10}$ | respirable particulate matter |
| ppt | parts per thousand |
| PUD | Planned Unit Development |
| SHPO | State Historic Preservation Officer |
| $SO_2$ | sulfur dioxide |
| TESi | Total Environmental Solutions, Inc. |
| TESS | Threatened and Endangered Species System |
| USACE | United States Army Corps of Engineers |
| USC | United States Code |

**List of Acronyms, cont.**

| | |
|---|---|
| USFWS | United States Fish and Wildlife Service |

# Executive Summary

## E.S.1 Type of Document

This document is an Environmental Assessment (EA).

## E.S.2 Proposed Action

The proposed action evaluated in this EA is the construction of approximately 188 units of United States Department of the Navy (Navy) family housing and ancillary facilities. The Navy housing would be constructed for Navy personnel and their dependants already assigned to NAVSTA Pascagoula and residing within the Jackson County area. The proposed action would not increase the regional population, but would concentrate a currently dispersed Navy population.

The preferred location is on Site 28 identified in the *Final Planning Study to Identify Potential Navy Housing Sites for 188 Family Housing Units, Naval Station Pascagoula (NAVSTA), Jackson County, Mississippi*. The Planning Study used a three-level site screening process to identify potential family housing sites that would best meet the family housing needs of NAVSTA Pascagoula. Over 30 sites where evaluated to some degree. Site 28 is the only site to meet all Level 1 and Level 2 screening criteria and is ranked at the top for meeting Level 3 siting criteria.

Among other reasons, Site 28 is the preferred site because of its desirable attributes related to Navy operational readiness and Navy-family welfare. Site 28 is a single, 75-acre (30-hectare [ha]) parcel of land that is mostly cleared land and unencumbered by utility or roadway easement. Site 28 has the necessary 50 acres (20.1 ha) of upland area needed for housing construction. There are no existing residents or structures occupying the site and there are minimal wetland areas. Located directly off Highway 57, north of I-10, there is convenient access to NAVSTA Pascagoula, major commercial, institutional centers, and Kessler Air Force Base Medical Center.

## E.S.3 Purpose and Need

The purpose for an action is to provide affordable, quality housing for Navy personnel and their families assigned to NAVSTA Pascagoula. Existing housing for Navy personnel is provided by