# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| **SCHOONER HARBOR VENTURES, INC.,** * | |
| * | |
| **Plaintiff,** * | |
| * | **No. 06-87L** |
| **v.** * | **Filed: July 26, 2007** |
| * | |
| **UNITED STATES,** * | |
| * | |
| **Defendant.** * | |
| * | |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on July 26, 2007, with the parties appearing by telephone. As discussed at the conference, on or before **Tuesday, July 31, 2007**, defendant shall file a statement of the specific issues of law to be resolved. On or before **Thursday, September 20, 2007**, defendant shall file a motion for summary judgment on liability with an accompanying brief. The brief shall cite to specific paragraphs and pages in the joint stipulation of facts and the supporting joint appendix. Plaintiff shall not respond to the defendant's motion for summary judgment before the defendant's motion is discussed at the status conference the court **SCHEDULES** for **Monday, September 24, 2007, 10:30 a.m. EDT**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263, and defendant's counsel at (202) 305-0428. The parties shall consult prior to the conference, and be prepared to discuss how to proceed, with a timeline.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**