UNITED STATES COURT OF FEDERAL CLAIMS

(E-field: September 19, 2006)

| | | |
|---|---|---|
| SCHOONER HARBOR VENTURES, INC., Plaintiff, | ) | No. 06-87 L |
| v. | ) | Honorable Marian Blank Horn |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, United States of America, hereby submits this Unopposed Motion to Extend the Deadline to File Defendant's Motion for Summary Judgment to and including October 4, 2007.

The current deadline to file Defendant's Motion for Summary Judgment is September 20, 2007, and a status conference is scheduled for September 24, 2007. Since the Court's Scheduling Order filed on July 26, 2007, Defendant has filed its statement of specific issues of law, and the parties have discussed Defendant's Motion for Summary Judgment. The parties have also conferred regarding proposed stipulations of fact and Plaintiff's issues of fact. An extension of the motion deadline is needed in order to fully explore the possibility of additional stipulations and Plaintiff's issues of fact. This is Defendant's first request for an extension of time regarding Defendant's Motion for Summary Judgment.

Defendant has conferred with counsel for Plaintiff, and counsel for Plaintiff has indicated that Plaintiff is not opposed to this motion for an extension of time.

For these reasons, Defendant respectfully requests the Court grant this Unopposed

Motion to Extend the Deadline to File Defendant's Motion for Summary Judgment to and including October 4, 2007.

Respectfully submitted: September 19, 2006.

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kelle S. Acock

______________________________
KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Fax: 202-305-0267
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant