# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SCHOONER HARBOR VENTURES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: September 20, 2007**

**O R D E R**

The court is in receipt of defendant's unopposed motion for an enlargement of time to and including October 4, 2007 in which to file its motion for summary judgment. The court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its motion for summary judgment on or before **Thursday, October 4, 2007**.

The court also **RESCHEDULES** the status conference originally set for Monday, September 24, 2007, to **Tuesday, October 16, 2007, at 10:30 a.m. EST** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263 and defendant's counsel at (202) 305-0428. Plaintiff shall not respond to the defendant's motion for summary judgment before the defendant's motion is discussed at the October 16, 2007 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**