UNITED STATES COURT OF FEDERAL CLAIMS

(E-field: October 4, 2007)

| | | |
|---|---|---|
| SCHOONER HARBOR VENTURES, INC., Plaintiff, | ) | No. 06-87 L |
| v. | ) | Honorable Marian Blank Horn |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, United States of America, hereby moves for an enlargement of time of seven (7) days, to and including Thursday, October 11, 2007, in which to file Defendant's Motion for Summary Judgment. The motion is currently due on October 4, 2007. A status conference is scheduled for October 16, 2007. This is Defendant's second request for an enlargement of time regarding Defendant's Motion for Summary Judgment.

This enlargement of time is necessary to complete final review of Defendant's Motion for Summary Judgment within the Department of Justice as well as coordinate final review of Defendant's motion with agency counsels.

Defendant has conferred with counsel for Plaintiff, and counsel for Plaintiff has indicated that Plaintiff is not opposed to this motion for an extension of time.

Accordingly, Defendant respectfully requests the Court grant this Unopposed Motion for Enlargement of Time in Which to File Defendant's Motion for Summary Judgment to and including October 11, 2007.

Respectfully submitted: October 4, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kelle S. Acock

______________________________

KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Fax: 202-305-0267
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant