UNITED STATES COURT OF FEDERAL CLAIMS

(E-filed October 11, 2007)

| | |
|---|---|
| SCHOONER HARBOR VENTURES, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 06-87 L<br>Honorable Marian Blank Horn |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT**

Defendant, the United States of America, respectfully requests that the Court permit Defendant to exceed the page limit under the Rule 5.2(b)(2) of the Court of Federal Claims, and file its Memorandum in Support of Defendant's Motion for Summary Judgment, which is 42 pages long excluding the signature block.

Defendant's memorandum addresses liability, including the threshold issue of whether Plaintiff possesses a protected property right as well as whether Plaintiff can establish a categorical taking or regulatory taking pursuant to Penn Central Transp. Co. v. City of New York, 438 U.S. 104 (1978). In addition, Plaintiff filed its Submission of Contested Issues of Fact with this Court on September 21, 2007. Defendant's memorandum attempts, in part, to address Plaintiffs' submission.

For the foregoing reasons, Defendant respectfully requests that it be allowed to exceed the page limit by 2 pages.

Dated: October 11, 2007

Respectfully Submitted,
RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kelle S. Acock

KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0267
Email: kelle.acock@usdoj.gov

Of Counsel:
VICKI MOTT
Department of the Interior
Office of the Solicitor

ALEACIA CHINKHOTA
Navy Litigation Office