Deed Book 1195 Pg 316
Filed and Recorded Jan-12-2000 02:25:04pm
2000-0000780

**INDEXING INSTRUCTIONS: Situated in SE 1/4 of NE 1/4, Section 7, NE 1/4 of SE 1/4, Section 7 , SE 1/4 of NW 1/4, Section 8, NW 1/4 of SW 1/4, Section 8, All in Township 7 South, Range 7 West, Jackson County, Mississippi**

STATE OF MISSISSIPPI
COUNTY OF JACKSON

**WARRANTY DEED**

**FOR AND IN CONSIDERATION of the sum of ten dollars, cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged, the undersigned, ALICIA SWINEY PEARCE, AS CONSERVATOR OF AND ON BEHALF OF HENRY MEYERS, in Cause Number 99-0853-PW on Docket of the Chancery Clerk of Jackson County, Mississippi, does hereby sell, convey and warrant unto SCHOONER HARBOR VENTURES, INC, a Mississippi Corporation, the following described real property, together with all improvements thereon, located in Jackson County, State of Mississippi, to-wit:**

A parcel of land situated in the Southeast 1/4 of the Northeast 1/4 of Section 7, The Northeast 1/4 of the Southeast 1/4 of Section7, the Southwest /4 of the Norwest 1/4 of Section 8 and in the Northwest 1/4 of the Southwest 1/4 of Section 8, all in Township 7 south, Range 7 West, Jackson County, Mississippi, and being more particularly described as follows:

Beginning at a concrete monument found at the northeast corner of the Southeast 1/4 of the of the Northeast 1/4 of said Section 7; thence South 89 degrees 48 minutes 06 seconds West 287.05 feet; thence South 00 degrees 10 minutes 57 seconds East 663.31 feet; thence South 89 degrees 48 minutes 06 seconds West 635.36 feet to the east margin of Mississippi Highway 57; thence along said east margin South 03 degrees 25 minutes 22 seconds East 157.14 feet; thence further along said east margin, South 04 degrees 20 minutes 47 seconds East 1814.74 feet to a point on the north margin of Robinson Still Road; thence along said north margin, South 88 degrees 59 minutes 49 seconds East 442.12 feet; thence further along said north margin, North 89 degrees 02 minutes 28 seconds East 231.84 feet; thence, further along said north margin, North 85 degrees 49 minutes 39 seconds East 191.87 feet; thence South 89 degrees 50 minutes 39 seconds East 576.77 feet; thence north 2627.80 feet to the northeast corner of the West ½ of the Southwest 1/4 of the Northwest 1/4 of said Section 8; thence South 89 degrees 42 minutes 18 seconds West 668.64 feet to the point of beginning, containing 83.042 acres, as per survey dated November 3, 1999 by Clifford A. Crosby, P.L.S.

**This conveyance is subject to all restrictions, reservations and easements affecting said property on file and of record in the Office of the Chancery Clerk Jackson County, Mississippi.**

This conveyance is executed pursuant to the Order dated November 29, 1999 entered in the aforementioned Conservatorship proceedings wherein Alicia Swiney Pearce, as conservator, was authorized to convey the subject property on behalf of the ward, Henry Meyers. A copy of the Order is attached hereto.

Ad valorem taxes for the year 2000 have been prorated between the parties hereto and the obligation to pay same is assumed by the Grantees herein, who will pay same when due.

Witness my signature on this 6th day of January, 2000.

CONSERVATORSHIP OF HENRY MEYERS

BY: Alicia Swiney Pearce
ALICIA SWINEY PEARCE, Conservator

STATE OF MISSISSIPPI

COUNTY OF HARRISON

Personally appeared before me, the undersigned authority, a notary public in and for the aforesaid jurisdiction, the within named ALICIA SWINEY PEARCE, who acknowledged that she is CONSERVATOR OF HENRY MEYERS, and that in such representative capacity, for and on behalf of conservatorship, she signed and delivered the above and foregoing instrument on the day and year therein set forth and mentioned, after first having been authorized so to do.

GIVEN UNDER MY HAND and official seal of office, this 6th day of January, 2000.

Doris Louise Sherman
NOTARY PUBLIC

My commission expires:

My Commission Expires July 26, 2002

Grantor/Grantors' Address:
9300 Hwy 57
Vancleave MS 39565
Phone#: 228-826-5556

Grantee/Grantees' Address:
910 Howard Avenue
Biloxi, MS 39530
Phone#: 228-875-6508

THIS INSTRUMENT PREPARED BY:
RECORD AND RETURN TO:
Page, Mannino, Peresich, & McDermott, P.L.L.C.
759 Vieux Marche Mall
Biloxi, MS 39530
(228) 374-2100

File No.23736

Deed Book 1195 Pg 318

COPY

*IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI*

FILED

*IN THE MATTER OF THE CONSERVATORSHIP*
*OF HENRY MEYERS*

NOV 2 9 1999

*CAUSE NO. 99-0853-PW*

TERRY MILLER, CLERK
BY__________

*ALICIA SWINEY PEARCE* *PETITIONER*

*AMENDED ORDER AUTHORIZING*
*SALE OF REAL ESTATE*

*THIS DAY THIS CAUSE* having come on to be heard on the Amended Petition for Orders and Directions and for Authority to Sell Real Estate with respect to a Real Estate contract entered into by the Ward, *Henry Meyers,* prior to his incompetency, and the Court having appointed a Guardian ad litem to conduct an investigation as to the competency of the Ward at the time the contract was entered, and the Guardian ad litem having forthwith filed his report to the Court and the Court being otherwise advised in the premises does hereby *FIND, ORDER, ADJUDGE AND DECREE* as follows:

I.

The Court has jurisdiction of the parties and the subject matter.

II.

The prayer of the Conservator as set forth in their Amended Petition for Orders and Directions and for Authority to Sell Real Estate filed on November 22, 1999, is hereby *granted.* The requirements of §93-13-281 and §93-13-51 of the *Mississippi Code Annotated* have been met. The Conservator is authorized and directed by this Court to execute, for and on behalf of the Ward, whatever documents may be necessary to effect the closing of the contract previously entered into between the Ward and Schooner Harbor Ventures as set forth in *Exhibit "A"* of the petition including but not limited to execution of a Warranty Deed to Schooner Harbor Ventures or its assigns.

Deed Book 1195 Pg 319

III.

Upon the receipt of the proceeds of the sale of the property, the Conservator shall cause the same to be deposited into the Conservatorship account with no further disbursements to be made therefrom until further order of this Court. The Conservator is ordered and directed, upon the closing of the transaction set forth in this Petition, to enter into Bond in the amount of 946,570.00 to forthwith file her report to the Court and to include therewith copies of deposit tickets evidencing the deposit of funds into the Conservatorship account, said moneys to be placed in appropriate depository that fully insure said amount as provided by law.

SO FOUND, ORDERED, ADJUDGED AND DECREED on this the 29 day of November, 1999.

CHANCELLOR

*Approved:*

EDDIE C. WILLIAMS, *attorney for Conservator*

CHARLES G. BORDIS, IV., *Guardian ad litem for Henry Meyers*

ATTESTED TO BE TRUE COPY OF ORIGINAL Amended Order
FILED NOV 29, 1999
TERRY MILLER, CHANCERY CLERK
JACKSON COUNTY, MISSISSIPPI
BY _______ D.C.



US02615

11/23/99 00:40 FAX 2287824323 EDDIE C WILLIAMS

Deed Book 1195 Pg 320
Total Fees $7.00
TERRY MILLER, CHANCERY CLERK
STATE OF MISSISSIPPI - JACKSON COUNTY

III.

Upon the receipt of the proceeds of the sale of the property, the Conservator shall cause the same to be deposited into the Conservatorship account with no further disbursements to be made therefrom until further order of this Court. The Conservator is ordered and directed, upon the closing of the transaction set forth in this Petition, to forthwith file her report to the Court and to include therewith copies of deposit tickets evidencing the deposit of funds into the Conservatorship account.

*SO FOUND, ORDERED, ADJUDGED AND DECREED on this the* ________ *day of* ________________, 1999.

________________________
CHANCELLOR

*Approved:*

________________________
*EDDIE C. WILLIAMS, attorney for Conservator*

________________________
CHARLES G. BORDIS, IV., *Guardian ad litem for Henry Meyers*

END OF DOCUMENT

11/23/99 11:53 TX/RX NO.5020 P.007