# EXHIBIT C

"for Meyers Pond/Pasture locations" navysite28 11/6/2006 "OBS"

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 5/27/1999 | Meyers Pond Pasture | 1 UB? feeding in pasture S of Meyer's Pond. | V | SGH |
| 3/17/1999 | Meyers KOA Field | 240 in north field feeding alone. Non-incubating adult? rsbd | V | TEG |
| 6/9/1998 | Meyer's Pond | Flushed 240 silently from nest in pond SW "island". 2 eggs, 10-13 day inc. tipped by alligator trappers. rsbd | V | SGH TEGh |
| 8/27/1997 | Meyer's Field | Heard cranes call to NE of Meyer's middle field. | H | TEG |
| 8/27/1997 | Meyer's KOA Field | W#-??(240) & UB pair walking in SW section of middle field. rsbd | V | TEG |
| 2/21/1997 | Meyer's KOA Field | 3 UNKs feeding. | V | JM |
| 2/21/1997 | Meyer's KOA Field | W#-??, --??,--?? (most likely 240 & UB trio) feeding in northern section of field. rsbd | V | TEG |
| 2/9/1997 | Meyers KOA Field | 240 & UB, UB feeding in field. Fireteam called on 2/8/97 to flush 3 from road. rsbd | V | TEG |
| 12/10/1996 | Meyers KOA Field | 3 in middle of pasture. | V | SGH |
| 12/6/1996 | Meyers KOA Field | 3 UNKS in back part of pasture. 2 males, 1 female unison call. | V | SGH |
| 11/25/1996 | Meyers Pond Savanna | 240 and 2 UBs. rsbd | V | KR |
| 10/25/1996 | Meyers Pond Pasture | Observed 240 UB UB feeding in field across from the KOA. rsbd | V | KAS |
| 9/7/1996 | Meyers Field | 1 UNK observed feeding in field across from the KOA, off HWY 57. | V | KAS |
| 1/24/1992 | Meyers Pond | Six UNKs flew by east of pond--James Bates. | V | CENSUS |
| 1/24/1992 | Meyer's Pond | Observed 2 UNKs at Meyers Pond roosting but flew away to East at 0625 - James Bates | V | CENSUS |
| 11/7/1990 | Meyers Pond | 5 before sunrise - unknowns Crane Census | V | PR |
| 10/31/1989 | Meyers Pasture | 616,879(Crane CENUS) | v | RI |
| 1/31/1989 | MEYERS POND | 5 UNK, 2 LEFT ROOST AT 0610 AND 3 AT 07:08h. | V | PR |
| 10/20/1988 | MEYER'S POND | 4 BIRDS OBSERVED ON ROOST. 10-88 CRANE SURVEY. | V | PR |
| 5/26/1988 | MEYER'S POND | 1 BUNK FLEW PAST CIRCLED AND FLEW EAST. | V | RI |
| 5/9/1988 | Near Meyer's Pond | #627 & 628 flushed. Probing in mudhole at SW corner of Meyer's Pond. Flew SE. | V | th pr |
| 1/28/1988 | MEYERS POND | 3 UNK, FLEW E | V | RI |
| 10/30/1987 | Meyers pond,east levy | 4 cranes, 3 bunks & 1 unk came in from N and landed in south pasture until 0623. | v | gc |
| 7/10/1987 | Meyer's Pond | Fix.628 | f | gc |

v = visual
f = radio-telemetry
h = heard

Initials of observer

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 7/6/1987 | E of Meyers pond | 857,2unk flushed from property corner, flew E. 861,1unk flushed from fireline at drain. 635 ran/hopped away along fireline, into thick(?) brush E of pond. | v | tl |
| 6/11/1987 | Meyers pond | 606,616,619,627,628,635,636,637,855,857,861 walked from field into pond and onto island. | V | TL |
| 6/11/1987 | Meyers pond | 606,616,619,627,628,635,636,637,855,857,861 walked down bank from field S side of pond onto island in pond. | V | TL |
| 6/8/1987 | Meyers field | 606,635,857,861,4unk got up from wet area W of pond along brush line, flew N calling. | v | tl |
| 6/3/1987 | Meyers field | 606,627,635,857,861,4unk flushed from field W of pond near brush line. Flew 3 & 5 E calling. | v | tl |
| 5/29/1987 | Meyer's field | Fix. 606,635,857,861 W side of pond. | f | lh |
| 5/26/1987 | Meyers pond area | 627,628,857,635,857,606 | V | LH |
| 5/26/1987 | Meyer's field | Fix. 606,861 S of pond. | f | tl |
| 5/25/1987 | Meyers field | 2unk (not 627 or 28) flushed from Meyers field between pond and Hwy 57. Flew E over Br.Tr. savanna. | F | TJL |
| 5/21/1987 | Meyers Pond | 627,628,861,857,635,606,1 UNK - visual 7 birds flushedto the east. | V | LH |
| 5/19/1987 | Meyer's pond | 606,635,861,857,627,628 | F | LH |
| 5/16/1987 | Meyer's Pond | 606,635,627,628,861 | F | LH |
| 5/9/1987 | Meyer's Field | Fix.627,628,606,635,861,857 | F | LH |
| 5/6/1987 | Meyers pond | 628,627,616,619,635,606,627 | V | LH |
| 4/26/1987 | Meyer's pond | Auto-telem. fix. 628,856,857. | f | tl |
| 4/23/1987 | Meyers pond | Fix.627,628 | F | LH |
| 4/14/1987 | Meyers pond | Fix.627,628 | F | LH |
| 4/9/1987 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/16/1987 | Meyers pond | Fix.857,627,628 | F | LH |
| 3/9/1987 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/9/1987 | Meyers pond | Fix.628,627 | F | LH |
| 3/8/1987 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 2/19/1987 | Meyer' pond | Fix. 627 | f | lh |
| 2/19/1987 | Meyers pond | Fix.627. | F | LH |



US00466

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 2/9/1987 | Meyers pond | 616,619,627,628,2UB+1UB(17:52).All flushed as we left 18:05. | V | TL,LH,J |
| 1/28/1987 | Meyer's Pond | Fix. 627 & 628 sighted at Meyer's Pond. | f | eas/lh |
| 1/28/1987 | Meyers pond | Fix. 627,628. | F | LH |
| 1/23/1987 | Meyers pond | 7UNK flushed from pond at first light. | V | LCM |
| 12/11/1986 | Meyers pond | Fix627. | F | EAS |
| 12/3/1986 | Meyers pond | 616,619,627,628 landed up on S edge, walked down to island. | V | TJL |
| 11/19/1986 | Meyers pond | Fix627 in pond. | F | EAS |
| 11/12/1986 | Meyers pond. | Fix.627,857 in pond. | F | EAS,TJL |
| 10/9/1986 | Meyers pond | Fix.627 in or near pond. | F | EAS |
| 10/7/1986 | Meyer's pond | Auto-telem. fix. 606,627. | f | tl |
| 10/6/1986 | Meyer's pond | Auto-telem fix. 606,627,857 | f | tl |
| 10/5/1986 | Meyer's pond | Auto-telem. fix. 627,857. | f | tl |
| 10/4/1986 | Meyer's pond | Auto-telem fix. 606,627,857 | f | tl |
| 10/3/1986 | Meyer's pond | Auto-telem. fix. 627,857. | f | tl |
| 10/2/1986 | Meyer's pond | Auto-telem. fix. 627,857. | f | tl |
| 10/1/1986 | Meyer's pond | Auto-telem. fix. 627,857. | f | tl |
| 9/26/1986 | Meyers pond | 627,857.Auto.Telem. | F | TJL |
| 9/25/1986 | Meyers pond | 606,627,857.Auto.Telem. | F | TJL |
| 9/24/1986 | Meyers pond | 606,627,857. Auto.Telem. | F | TJL |
| 9/23/1986 | Meyers pond | 606,627,857.Auto.Telem. | F | TJL |
| 9/22/1986 | Meyers pond | 627,857.Auto.Telem. | F | TJL |
| 9/17/1986 | Meyers pond | 616,619,627,628,636,855,857,4UNK in pond. | V | EBS |
| 8/15/1986 | MEYERS FIELD | FIX-627,628 N side of field | F | TJL |
| 8/11/1986 | MEYERS FIELD | FIX-627,628 N side of field | F | TJL |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 8/6/1986 | MEYERS POND | FIX-857 | F | TJL |
| 8/6/1986 | MEYERS FIELD | 636,854,856,857 50m E of gate.Flew E into pond. | V | TJL |
| 8/6/1986 | MEYERS FIELD | FIX-627 N side Meyers field | F | TJL |
| 8/6/1986 | MEYERS POND | FIX-627 | F | TJL |
| 7/31/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/30/1986 | Meyer's pond | Auto-telem fix. 627,857 | f | tl |
| 7/30/1986 | meyers pond | fix.627,628 | f | eas |
| 7/29/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/28/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/27/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/26/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/25/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 7/25/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/24/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/23/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/22/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/21/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/20/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/19/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/18/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/17/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/16/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |
| 7/16/1986 | Meyers Pond | fix. 627 | f | tl |
| 7/15/1986 | Meyer's pond | Auto-telem. fix. 627. | f | tl |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 7/9/1986 | meyers pond | fix.627,628 | f | eas,vs |
| 6/18/1986 | Meyer's Pond | Fix.627,856,857 | f | eas,dcs |
| 6/4/1986 | Meyers Pond | Fix.856,857 | f | tl |
| 5/30/1986 | n or meyer' pond | Fix on 627 and 628 | f | eas |
| 5/13/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/12/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/11/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/10/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/9/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/8/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/7/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/7/1986 | Meyer' pond | Fix on 856 and 857 | f | tl |
| 5/6/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/5/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/4/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/2/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 5/1/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 4/30/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 4/29/1986 | Meyer's pond | Auto-telem. fix. 628. | f | tl |
| 4/27/1986 | Meyer's pond | Auto-telem. fix. 628,856,857. | f | tl |
| 4/25/1986 | Meyer's pond | Auto-telem. fix. 628,856,857. | f | tl |
| 4/24/1986 | Meyer's pond | Auto-telem. fix. 628. | f | tl |
| 4/23/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/22/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 4/21/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/20/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/19/1986 | Meyer's pond | Auto-telem. fix. 627,628. Not sure on 628. | f | tl |
| 4/18/1986 | Meyer's pond | Auto-telem. fix. 856,857. | f | tl |
| 4/17/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/16/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 4/15/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/14/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 4/13/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/12/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 4/11/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/10/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/8/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/7/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/6/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/5/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/4/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/3/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/2/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 4/1/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/31/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/30/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/29/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/28/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 3/27/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/24/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/23/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/22/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/21/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/20/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/18/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/17/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/16/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/15/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/14/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/13/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/12/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/11/1986 | Meyer's pond | Auto-telem. fix. 627,628. | f | tl |
| 3/10/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/7/1986 | Meyer's pond | Auto-telem fix. 604,627,628 | f | tl |
| 3/6/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/5/1986 | Meyer's pond | Auto-telem fix. 604,627,628,856,857 | f | tl |
| 3/4/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/3/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/2/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 3/1/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 2/28/1986 | Meyer's pond | Auto-telem fix. 604,627,628. 857 flew in under full moon at 0220 in am. | f | tl |
| 2/27/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 2/26/1986 | Meyer's pond | Auto-telem fix. 627,628,856,857 | f | tl |
| 2/20/1986 | Meyers Pond | 627 , 628 and 6 unks came into Meye's pond from E. | v | tl |
| 2/18/1986 | Meyer's Pond | Fix. 856, 857, 604, 627 and 628. | f | eas |
| 2/15/1986 | Meyer's Pond | Fix. 627. Just NW of Meyer's Pond app. 50 yds. | f | dcs |
| 2/3/1986 | Meyer's pond | Fix. 604. | f | eas |
| 2/3/1986 | Meyer's pit | Fix. 627 and 628. | f | eas |
| 1/23/1986 | Meyer's pond | Fix. 604 and 627. | f | tl |
| 12/16/1985 | Meyer's Pond | Fix.627 | f | tl |
| 12/16/1985 | Meyer's Pond | Fix.628 | f | tl |
| 12/9/1985 | Meyer's Pond | Fix.627 | f | tl |
| 12/9/1985 | Meyers pond | Fix.604. | F | TL |
| 12/9/1985 | Meyer's Pond | Fix.628 | f | tl |
| 12/4/1985 | Meyers Pond | Visual.627,608,637,635,636,628; and I banded crane | v | eas |
| 11/14/1985 | Meyers pond | Fix. 627 | f | tl |
| 11/14/1985 | Meyers pond | Fix. 628 | f | tl |
| 11/8/1985 | East of Meyers pond | Fix. 627 | f | es/cw |
| 10/22/1985 | Meyers pasture | Fix. 627 | f | es |
| 10/17/1985 | Meyers pond | Visual 627 and 608 flew in together. 628, 635, 636, 1 HY82, 1 UNk joined them. | v | tl |
| 10/17/1985 | Meyers pond | Visual. 628, 635, 636, 627, 608, 1 HY80, 1 UNK. 627&608 were already there and other 5 flew in together. | v | tl |
| 10/15/1985 | Meyers pond | Fix. 627 | f | tl |
| 10/15/1985 | Meyers pond | Fix. 628 | f | tl |
| 10/11/1985 | Meyers pond | 3+UNK flushed from pond. | V | SRVY |
| 10/8/1985 | Meyers pond | Fix. 628 | f | tl |
| 10/8/1985 | Meyers pond | Fix. 627 | f | tl |



US00472

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 10/3/1985 | Meyers pasture | Fix. 627 | f | es/cw |
| 10/1/1985 | Meyers pond | Fix. 628 | f | tl |
| 10/1/1985 | Meyers pond | Fix. 627 | f | tl |
| 9/25/1985 | Meyers Pond | Fix. 627. | f | tl |
| 9/25/1985 | Meyer's Pond | Fix . 628. | f | tl |
| 9/15/1985 | Meyer's Pit | Fix. 628 was E of Hebort's but believed to have flown and went behind Meyer's Pit. With a broken antanna 628 had to be close on all readings | f | gc |
| 9/12/1985 | Meyers Field | 627 and 2 Unks flushed calling form W side of pond, flew SE,NE. | v | tl |
| 9/12/1985 | Meyer's pastures | Fix. 0756. | f | cw |
| 9/9/1985 | Meyer's Pond | Fix. 627 South drive near Coke Plant. | f | cw |
| 9/4/1985 | Meyers Field | 627 & 3 Unks flushed form edge of brush, flew W of pond between field and Hwy 57. Flew NE. | v | tl |
| 8/28/1985 | Meyers field | 627, 608(?) in tall grass W of Meyer's pond, flushed calling flew NE. Calls answered by crane on Meyer's property S of pond. | v | tl |
| 8/26/1985 | Meyers Field | 627 and 3 Bunks in Meyers' field, west of jpond. | v | tl |
| 8/25/1985 | Meyer's Pastures S of Pit | Fix. 627. | f | cw |
| 8/21/1985 | Meyer's Pond | Fix. 627. | f | rn |
| 8/21/1985 | Meyer's Pond | Fix. 627. | f | cw |
| 8/19/1985 | Meyer's pond | Fix. 627. | f | tl |
| 8/19/1985 | Meyers Pasture | 627 and 3 Bunks in Meyers; field W of pond. | v | tl |
| 8/14/1985 | E of Meyers Borrow Pit | 627,634, & 2 UI (at least 1 was a banded bird) were feeding in fire lane .25 mi. WE of Borrow Pit- flushed silently to the E. | v | cw |
| 8/8/1985 | Meyer's fields | Fix. 627. | f | tl |
| 8/7/1985 | Meyers Field | Fix. 627. | f | tl |
| 8/6/1985 | Near Meyer's Pond | Fix. 628. | f | cw |
| 8/6/1985 | Near Meyer's Borrow Pit | Fix. 627. | f | cw |
| 8/6/1985 | Meyer's Borrow Pit | Fix. 627. | f | cw |
| 8/1/1985 | Meyer's Pond | Fix. 628. | f | th |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 7/31/1985 | East of Meyers pond | Fix. 628 | f | Cw |
| 7/30/1985 | East of Meyers pond | Fix. 628 | f | CW/th |
| 7/30/1985 | East of Meyer's pond | Fix. 627 | f | cw/th |
| 7/25/1985 | Meyers pond | Fix. 628 | f | Tl |
| 7/25/1985 | Meyers pond | Fix. 627 and 628 | f | TL |
| 7/24/1985 | Near Meyers Pond | Fix. 627 | f | CW |
| 7/24/1985 | Near Meyers pond | Fix. 628 | f | Cw |
| 7/23/1985 | Meyer' Pond | Fix. 628 | f | Tl |
| 7/17/1985 | Meyers pasture | Fix. 627 | f | CW |
| 7/17/1985 | Near Meyer's pond | Fix. 628 | f | CW |
| 7/16/1985 | Meyers pond SE corner | Visual 627 and 4 unk from se corner of Meyers pond. | v | CW |
| 7/14/1985 | Meyers pond | Fix. 627 | f | Cw/dg |
| 7/14/1985 | East of Meyer's Pond | Fix. 628 | f | Cw/dg |
| 7/11/1985 | Meyers field | Visual. 627 | v | TL |
| 7/11/1985 | Meyer's pond | Fix. 627 | f | TL |
| 7/10/1985 | Meyers field | Actual. 627 | v | TL |
| 7/10/1985 | Meyers field | Actual. 627 | v | TL |
| 7/10/1985 | Meyers pond | Fix. 627 | f | TL |
| 6/11/1985 | Meyers Field | Fix. 627 | f | tl |
| 5/29/1985 | Meyers Pit | Fix. 628. | f | tl |
| 5/25/1985 | Meyer's Pond | Fix. 628 | f | tl |
| 3/28/1985 | Just N of Meyer's | Fix. 628. | f | es |
| 3/18/1985 | Meyers pond area | Fix.604 | F | ES,DC |
| 3/15/1985 | Meyers pond area | Fix.604 | F | TL |

| Cdate | Location | IdComm | Obstype | Initials |
|---|---|---|---|---|
| 3/6/1985 | Meyers pond | Fix.604 | F | ES |
| 2/20/1985 | Meyer's Pond | Fix.627 | f | cw |
| 2/18/1985 | Meyer's Pond | Fix.627,628 | f | cw |
| 2/14/1985 | Meyers pond | Fix.604 | F | TL |
| 2/14/1985 | Meyer's Pond | Fix. 627,604 | f | tl |