# EXHIBIT D

Nest 98-21 T-39 Meyers Pond

T. Grazia S. Hereford



11

HS JULY 14,1998 6/9/98

Nest. 98-21 T-37

T. Grazia S. Hereford



JULY 14,1998

15

HS 6/9/98

Meyers Pond

Nest 98-21 T-37



JULY 14,1998

14

HS 6/9/98





