# EXHIBIT G

**Acock, Kelle (ENRD)**

**From:** Acock, Kelle (ENRD)
**Sent:** Tuesday, September 25, 2007 1:28 PM
**To:** William L. Guice III; Lauren
**Cc:** Paralegal Rushing Guice
**Subject:** Schooner Harbor: Plaintiff's Submission of Contested Issues of Fact filed Friday, September 21st

Billy and Lauren,

We received Plaintiff's Submission of Contested Issues of Fact filed with the Court on Friday, September 21st. The document does not contain any citations to the record and the numbered sentences are not statements of fact. If you intend to cite to the record to support the numbered sentences or supplement the information provided in this document, please provide the citations and/or supplemental information by Thursday, September 27th.

Thank you.

Kelle S. Acock
Attorney
Environment & Natural Resources Division
United States Department of Justice
Tel: (202) 305-0428
Fax: (202) 305-0506

Regular mail address:
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663

FedEx / UPS/ Hand delivery address:
601 D St., NW
PHB 3131
Washington, DC 20004

*This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify us immediately by replying to this message, and please destroy all copies of this e-mail.*