# EXHIBIT H

U.S. Department of Justice

Environment and Natural Resources Division

KSA
90-1-23-11823

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0428*
*Facsimile (202) 305-0506*

October 1, 2007

*Via Electronic Mail and Facsimile*
Billy Guice, Esquire
Lauren Duvernay, Esquire
Rushing & Guice, P.L.L.C.
P.O. Box 1925
Biloxi, MS 39533-1925
(Fax) 228-875-5987

Re: Schooner Harbor Ventures, Inc. v. United States, No. 06-87 L (CFC)

Dear Billy and Lauren:

I contacted you by e-mail on Tuesday, September 25, 2007, and requested that Plaintiff provide any citations or supplemental information to Plaintiff's Submission of Contested Issues of Fact to me by Thursday, September 27, 2007. Since I have not received a response from you, I assume that you do not intend to provide any supplemental information. Please notify me immediately if this is not correct and you do intend to provide citations or supplemental information.

We have also included with this letter nine additional stipulations for your consideration. Please let me know whether Plaintiff will agree to these stipulations.

Thank you, and I look forward to hearing from you.

Sincerely,

Kelle S. Acock

Kelle S. Acock

Enclosure

DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Environment and Natural Resources Division
Natural Resources
601 D. Street, N.W.
Washington, D.C. 20004

Fax No. 202-305-0506
Voice No. 202-305-0428

**SENT BY:** Kelle Acock

**TO:** Billy Guice
Lauren Duvernay

**RE:** Schooner Harbor

**FAX No.** 228-875-5987

**DATE:** October 1, 2007

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 4

**SPECIAL INSTRUCTIONS:**

*** TX REPORT ***

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2687 |
| CONNECTION TEL | 912288755987 |
| CONNECTION ID | |
| ST. TIME | 10/01 15:47 |
| USAGE T | 00'36 |
| PGS. SENT | 4 |
| RESULT | OK |

DEPARTMENT OF JUSTICE
Environment & Natural Resources Division

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Environment and Natural Resources Division
Natural Resources
601 D. Street, N.W.
Washington, D.C. 20004

Fax No. 202-305-0506
Voice No. 202-305-0428

**SENT BY:** Kelle Acock

**TO:** Billy Guice
Lauren Duvernay

**RE:** Schooner Harbor