# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **SCHOONER HARBOR VENTURES, INC.,** | |
| **Plaintiff,** | **No. 06-87L** |
| **v.** | **Filed: October 11, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's October 11, 2007 unopposed motion to exceed the page limit by two (2) pages for its motion for summary judgment. The court **GRANTS** the defendant's request, and the above-cited document shall be **FILED** by the clerk's office.

The court also reminds the parties of the previously scheduled status conference on **Tuesday, October 30, 2007, 12:30 p.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (228) 875-5263 and defendant's counsel at (202) 305-0428. Plaintiff shall not respond to the defendant's motion for summary judgment before the defendant's motion is discussed at the October 30, 2007 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**