# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SCHOONER HARBOR VENTURES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-87L**
**Filed: October 30, 2007**

**O R D E R**

The court held a status conference in the above-captioned case on October 30, 2007, with the parties appearing by telephone. As discussed with the parties at the conference, on or before **Friday, December 7, 2007**, plaintiff shall file its response to the portion of defendant's motion for summary judgment dealing with property rights. On or before **Thursday, January 10, 2008**, defendant shall file its reply. The parties shall cite to the joint stipulation of facts and supporting appendix by page and paragraph numbers.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**