ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SCHOONER HARBOR VENTURES, INC. APPELLANT

VS. CAUSE NO. 06-87 L

UNITED STATES OF AMERICA APPELLEE

FILED
JUN 10 2008
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF APPEAL

By this notice, Appellant, Schooner Harbor Ventures, Inc., appeals to the United States Court of Appeals for the Federal Circuit against Appellee, United States of America from the Judgment dismissing this action, entered herein on the 17th day of April, 2008.

Respectfully submitted,

SCHOONER HARBOR VENTURES, INC.

BY: RUSHING & GUICE, P.L.L.C.

BY: ______________________

WILLIAM L. GUICE, III, MB #5059
RUSHING & GUICE, P.L.L.C.
P. O. Box 1925
Biloxi, MS 39533
Telephone: 228-875-5263
Facsimile: 228-875-5987
**E-mail:** bguice@rushing-guice.com

**ATTORNEYS FOR APPELLANT**

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925
228 374-2313

**CERTIFICATE OF SERVICE**

I, WILLIAM L. GUICE III, attorney for Appellant, Schooner Harbor Ventures, Inc., certify that I have this day filed this Notice of Appeal with the clerk of this Court together with the docket fee to be received by the clerk on behalf of the United States Court of Appeals for the Federal Circuit, and have served a copy of this Notice of Appeal by United States mail with postage prepaid on the following persons at these addresses:

Attorneys for Appellee:

James D. Gette
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

This the 6th day of June, 2008.

WILLIAM LEE GUICE, III

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925

228 374-2313

RECEIVED
JUN 10 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS